| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature] A. B/L_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) JAMES  C. Date of Delivery<br>Agent for Capell & Howard, P.C. |
| 1. Article Addressed to:<br><br>MGA, Inc.<br>CSC Lawyers Incorporating Services<br>150 South Perry Street<br>Montgomery, Alabama 36104 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br><br>07cv228  3-16-07<br>S+C<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7005 0390 0006 2755 5079 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540