**CT**
a Wolters Kluwer business

CT
2000 Interstate Park Drive
Suite 204
Montgomery, AL 36109

334 387 7680 tel
334 387 7682 fax
www.ctlegalsolutions.com

RECEIVED

2007 MAR 19 A 10: 40

**COPY**

March 16, 2007

Malcolm R. Newman, Attorney, P.C.
PO Box 6137,
Dothan, AL 36302

Re: Michael Williams and Marco Williams d/b/a First Choice Video, Pltf. vs. MGA, Inc., etc., et al. including United Parcel Service, Inc., Dfts.
Case No. 1:07 CV 228

Dear Sir/Madam:

After checking our records and the records of the State of AL, it has been determined that The Corporation Company is not the registered agent for an entity by the name of United Parcel Service, Inc..

Accordingly, we are returning the documents received from you.

Very truly yours,

Shannon Robertson

Log# 512048114

Certified Mail # 7005 0390 0001 4071 9125

cc: US District Court Middle District of Alabama, Southern Division
PO Box 711,
Montgomery, AL 36101-0711

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael Williams and Marco Williams
d/b/a First Choice Video

v.

MGA, Inc. and [illegible]

SUMMONS IN A CIVIL ACTION

TO: (Name and address of Defendant)

United Parcel Service, Inc.
The Corporation Company
2000 Interstate Park Drive
Suite 204
Montgomery, Alabama 36109

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

[illegible] for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 3/15/07



United Parcel Service, Inc.
The Corporation
2000 Interstate Park Dr.
Suite 204
Montgomery, AL 36109

36101-0711

7005 0390 0006 2755 509