| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  *The Corporation Company* ☐ Agent / ☐ Addressee<br>B. Received by (*Printed Name*): *The Corporation Company*   C. Date of Delivery: 3/16/07 |
| 1. Article Addressed to:<br>United Parcel Service<br>The Corporation Company<br>2000 Interstate Park Drive<br>Suite 204<br>Montgomery, Alabama 36109 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>*07cv228 S&C* |
|  | 3. Service Type<br>■ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (*Extra Fee*)  ☐ Yes |
| 2. Article Number *(Transfer from service label)* | 7005 0390 0006 2755 5093 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540