IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| MICHAEL WILLIAMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:07-cv-00228-MEF-CSC |
| MGA, INC., et al., | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT OF
DEFENDANT SELECT MEDIA SERVICES, LLC**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and General Order No. 3047 of the United States District Court for the Middle District of Alabama, Defendant Select Media Services, LLC, ("SMS") discloses that its parent companies are: TNG Holdings, Inc. (f/k/a "News Distribution Services Inc."), Pinehill Holding Group, Inc., Great Pacific Enterprises (U.S.) Inc., Great Pacific Enterprises (New York) Inc., Great Pacific Enterprises Inc., and Jim Pattison, Ltd. SMS does not have any affiliates that have issued shares to the public or any other reportable entities. No publicly held company owns more than 10% of the stock of SMS.

Respectfully submitted this 29th day of March 2007.

    s/ Michael T. Sansbury
    Robert K. Spotswood (SPO 001)
    Michael T. Sansbury (SAN 054)
    SPOTSWOOD SANSOM & SANSBURY LLC
    940 Concord Center
    2100 Third Avenue North
    Birmingham, Alabama 35213
    TEL: (205) 986-3620
    FAX: (205) 986-3639
    E-mail: rks@spotswoodllc.com
            msansbury@spotswoodllc.com

*Attorneys for Select Media Services, LLC*

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Malcolm R. Newman, PC
P.O. Box 6137
Dothan, AL 36302-6137
(334) 792-2132
Fax: 671-8341
Email: mnewman470@aol.com

                                              s/ Michael T. Sansbury
                                              OF COUNSEL