IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, et al., | ) |
| Plaintiffs, | ) |
| v. | ) Case No.: 1:07-cv-00228-MEF-CSC |
| MGA, INC., et al., | ) |
| Defendants. | ) |

## NOTICE OF RELATED CASE AND PENDENCY OF OTHER ACTIONS

Defendant Select Media Services, LLC, hereby gives notice (1) that a case previously filed in this court is related to the above-styled matter and (2) that other actions involving similar subject matter have been filed in other courts, one of which is currently pending.

The Honorable William Keith Watkins dismissed *Holland v. MGA, Inc., et al.*, 1:05-cv-00237-WKW-VPM (M.D. Ala.), with prejudice on November 1, 2006, and an appeal of that dismissal is currently pending before the United States Court of Appeals for the Eleventh Circuit.[1]  This matter and *Holland* call for the determination of the same or substantially identical questions of law and fact.  In both cases, the plaintiffs, who are owners of video rental stores, have alleged nearly identical claims under the Racketeer Influenced and Corrupt Organizations Act (hereinafter "RICO") against the same defendants.  All plaintiffs are also represented by the same attorney, Malcolm R. Newman, Esq.  In this matter, as in *Holland*, the court will be called upon to determine whether the plaintiff has stated a sufficient claim under RICO.

---

[1] *Odom v. MGA, Inc. et al.*, 1:05-cv-00059-MEF-DRB, was also filed in this court and voluntarily dismissed.

A petition for a writ of certiorari is currently pending before the United States Supreme Court in *Carter v. MGA, Inc.*, et al., 06-1062, which was dismissed by the United States District Court for the Northern District of Alabama (CV-05-AR-1662) and affirmed by the United States Court of Appeals for the Eleventh Circuit (05-15402, 05-16523).  The plaintiffs in *Carter* were also owners of video rental stores, alleged nearly identical claims under RICO against the same defendants, and were represented by Mr. Newman.[2]  As indicated by his opinion in *Holland*, Judge Watkins is familiar with *Carter*, and judicial economy may be served by reassigning this case to him.

DATED: March 30, 2007.

Respectfully submitted,

s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama  35213
Telephone: (205) 986-3620
Fax: (205) 986-3639
E-mail:       rks@spotswoodllc.com
              msansbury@spotswoodllc.com

*Attorneys for Select Media Services, LLC*

---

[2] Similar claims against the same defendants have been made by the same attorney in three other cases: *Clark v. MGA, Inc., et al.*, CV-05-AR-0208 (N.D. Ala.), which was dismissed with prejudice; *Clark v. MGA, Inc., et al.*, CV-05-B-0633 (N.D. Ala.), which was dismissed with prejudice and affirmed (06-12857); and *Whitaker, et al. vs. MGA, Inc., et al.*, 1:05-CV-99 (M.D. Ga.), which was dismissed with prejudice and affirmed (06-15025).

2

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 29, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Malcolm R. Newman, PC
P.O. Box 6137
Dothan, AL 36302-6137
(334) 792-2132
Fax: 671-8341
Email: mnewman470@aol.com

                                               s/ Michael T. Sansbury
                                               OF COUNSEL