IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL WILLIAMS AND MARCO WILLIAMS, d/b/a FIRST CHOICE VIDEO,**<br><br>     Plaintiffs,<br><br>vs.<br><br>**MGA, Inc., and all Holding Companies and Affiliated Entities, d/b/a MOVIE GALLERY, UNITED PARCEL SERVICE, INC. (UPS), SELECT MEDIA SERVICES LLC, MILE HIGH MEDIA, INC., LFP, INC., DIGITAL SIN, INC., AND FRASERSIDE HOLDING LTD,**<br><br>     **Defendants.** | )<br>)<br>)<br>)<br>)  **Civil Action No.: 1:07-CV-228-MEF**<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DEFENDANT MOVIE GALLERY US, LLC'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Movie Gallery US, LLC, successor to M.G.A., Inc. ("Movie Gallery"), by and through its undersigned counsel, makes the following Corporate Disclosure Statement.

Movie Gallery is a wholly-owned subsidiary of Movie Gallery, Inc., which is a publicly traded company. No publicly held corporation owns ten percent (10%) or more of Movie Gallery, Inc.'s stock.

Respectfully submitted this 3rd day of April, 2007.

                              /s/ Jeffrey M. Grantham
                              Jeffrey M. Grantham (ASB-4866-M66J)
                              John Thomas A. Malatesta (ASB-4646-O70M)
                              Counsel for Defendant Movie Gallery US, LLC

OF COUNSEL:
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203-2602

## CERTIFICATE OF SERVICE

      I hereby certify that on April 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Malcolm R. Newman
> P. O. Box 6137
> Dothan, AL 36302
>
> Michael Todd Sansbury
> Spotswood LLC
> 2100 Third Avenue, North
> Concord Center, Suite 940
> Birmingham, AL 35203

                            /s/Jeffrey M. Grantham
                            OF COUNSEL

01474305.1