## UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                                 TELEPHONE (334) 954-3600

NOTICE OF ERROR

To: Counsel of Record

Case Style: Williams et al v. MGA, Inc. et al

Case Number: 1:07-cv-00228-MEF
Referenced Docket Entry - *** Motion for Joinder - Doc. No.10

The referenced docket entry was electronically filed with ERROR on ***April 3, 2007*** and is being STRICKEN from the docket. This resulted in an error on the docket sheet because the document should have been filed as a Notice. Please DISREGARD this docket entry.