IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL WILLIAMS AND MARCO WILLIAMS, d/b/a FIRST CHOICE VIDEO,** )<br>)<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>**MGA, Inc., and all Holding Companies and Affiliated Entities, d/b/a MOVIE GALLERY, UNITED PARCEL SERVICE, INC. (UPS), SELECT MEDIA SERVICES LLC, MILE HIGH MEDIA, INC., LFP, INC., DIGITAL SIN, INC., AND FRASERSIDE HOLDING LTD,** )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>**Defendants.** )<br>) | **Civil Action No.: 1:07-CV-228-MEF** |

## NOTICE OF RULING IN RELATED CASE

COMES NOW Defendant Movie Gallery US, LLC, successor to M.G.A., Inc., ("Movie Gallery") and hereby notifies the Court of a recent decision by the United States Court of Appeals for the Eleventh Circuit affirming the dismissal of a related case styled *Barbara Holland v. MGA, Inc. et al.*, 1:05-CV-237 (M.D. Ala. 2005). A copy of the *per curiam* opinion is attached hereto as Exhibit A.

Movie Gallery agrees with Select Media Services, LLC that judicial economy may be best served by reassigning the above styled action to the Honorable William Keith Watkins given his recent adjudication on the sufficiency of the exact same civil RICO claim presented here that Malcolm R. Newman also filed on behalf of Barbara Holland against Movie Gallery and other defendants.

01474572.1

Respectfully submitted,

/s/ Jeffrey M. Grantham_____
Jeffrey M. Grantham
Jeffrey A. Lee
John Thomas A. Malatesta, III
Attorneys for Defendant Movie Gallery US, LLC

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 AmSouth Harbert Plaza
Birmingham, AL 35203-2618
Telephone: (205) 254-1000
Fax: (205) 254-1999
E-mail: jgrantham@maynardcooper.com
E-mail: jlee@maynardcooper.com
E-mail: jmalatesta@maynardcooper.com

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Malcolm R. Newman
219 W. Crawford Street
Dothan, AL 36301

Michael Todd Sansbury
Spotswood LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

on this the 3rd day of April, 2007.

/s/ Jeffrey M. Grantham
Of Counsel

01474572.1

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 06-16187
Non-Argument Calendar

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAR 30, 2007
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-00237-CV-W-S

BARBARA HOLLAND,
d.b.a. Choice Video,

Plaintiff-Appellant,

versus

MGA, INC., and all Holding Companies and
affiliated Entities d.b.a. Movie Gallery,
UNITED PARCEL SERVICE, INC., (UPS),
SELECT MEDIA SERVICES, LLC,
MILE HIGH MEDIA, INC.,
LFP, INC.,
DIGITAL SIN, INC.,
FRASERSIDE HOLDING, LTD.,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

(March 30, 2007)

Before BLACK, MARCUS and WILSON, Circuit Judges.

PER CURIAM:

Barbara Holland ("Holland") appeals the district court's order granting motions to dismiss filed by defendants, MGA, Inc.; United Parcel Service, Inc.; Select Media Services, LLC; LFP, Inc.; Mile High Media, Digital Sin, Inc.; and Fraserside Holding, LTD. Holland's counsel filed six identical suits, including this one, against the same defendants in district courts in Alabama and Georgia. We previously affirmed the district court's dismissal in two of the suits: *Carter v. MGA, Inc.*, Nos. 05-15402 & 05-16523 (11th Cir. Jul. 13, 2006) and *Clark v. MGA, Inc.*, No. 06-12857 (11th Cir. Nov. 29, 2006). A third case is currently pending before us: *Whitaker v. MGA, Inc.*, No. 06-15025 (11th Cir. filed Sep. 13, 2006). Holland's claims and allegations are identical to those in *Carter*, in which we affirmed the district court's dismissal for failure to state a claim.[1] Accordingly, we AFFIRM the judgment of the district court for the reasons stated in *Carter*, Nos. 05-15402 & 05-16523 (11th Cir. Jul. 13, 2006).[2]

---

[1] The argument in Holland's brief in this appeal is *identical* to the arguments in the briefs Holland's counsel submitted on appeal in *Carter*, *Clark*, and *Whitaker*.

[2] We also grant appellees' motions for damages and costs filed pursuant to Fed. R. App. P. 38 and remand this case to the district court to determine the fees and costs to be awarded.