AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael Williams and Marco Williams
d/b/a First Choice Video

V.

MGA, Inc., and all holding companies and
affiliated companies d/b/a Movie Gallery,
United Parcel Service, (UPS), Select Media
Services, LLC, Mile High Media, Inc., LFP,
Inc., Digital Sin, Inc., and Fraserside
Holding, Inc.

alias
**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv228-MEF

TO: (Name and address of Defendant)

United Parcel Service, Inc.
CSC Lawyers Incorporating Servince, Inc.
150 South Perry Street
Montgomery, Alabama 36104

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

(By) DEPUTY CLERK

DATE 4/6/07