IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, | ) |
| | ) |
|    Plaintiffs, | ) |
| v. | ) CASE NO. 1:07-cv-228-MEF |
| | ) |
| MGA, INC., *et al.*, | ) |
| | ) |
|    Defendants. | ) |

## **O R D E R**

Upon consideration of the Defendant's Motion to Dismiss (Doc. #13) filed on April 5, 2007, it is hereby ORDERED as follows:

1. The plaintiff file a response which shall include a brief and any evidentiary materials on or before April 23, 2007.

2. The defendant may file a reply brief on or before April 30, 2007.

DONE this the 9th day of April, 2007.

                                                           /s/ Mark E. Fuller
                                         CHIEF UNITED STATES DISTRICT JUDGE