IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-228-MEF |
| ) | |
| MGA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #16) filed on April 9, 2007, it is hereby ORDERED that:

1.  The plaintiffs file a response which shall include a brief and any evidentiary materials on or before April 26, 2007.

2.  The defendants may file a reply brief on or before May 3, 2007

DONE this the 12th day of April, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE