IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| MICHAEL WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MGA, INC., et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) Case No.: 1:07-cv-00228-MEF-CSC <br> ) <br> ) <br> ) <br> ) <br> ) |

**NOTICE OF RULING IN OTHER ACTION**

Defendant Select Media Services, LLC, ("SMS") hereby gives notice that, on April 16, 2007, the United States Supreme Court denied certiorari in *Carter v. MGA, Inc.*, 06-1062, which was previously identified, in SMS's Notice of Related Case and Pendency of Other Actions (DE #8), as an action involving subject matter similar to this case. A copy of the Supreme Court's order list is attached hereto as Exhibit A.

DATED: April 16, 2007.

                                                        Respectfully submitted,

                                                        s/ Michael T. Sansbury
                                                        Robert K. Spotswood (SPO 001)
                                                        Michael T. Sansbury (SAN 054)
                                                        SPOTSWOOD SANSOM & SANSBURY LLC
                                                       940 Concord Center
                                                       2100 Third Avenue North
                                                       Birmingham, Alabama  35213
                                                       Telephone: (205) 986-3620
                                                       Fax: (205) 986-3639
                                                       E-mail:     rks@spotswoodllc.com
                                                                          msansbury@spotswoodllc.com

                                                        *Attorneys for Select Media Services, LLC*

**CERTIFICATE OF SERVICE**

 I hereby certify that, on April 16, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman, Esq.
**MALCOLM R. NEWMAN ATTORNEY PC**
219 West Crawford St.
Dothan, AL 36301

Jeffrey M. Grantham, Esq.
Jeffrey A. Lee, Esq.
John Thomas A. Malatesta III, Esq.
**MAYNARD COOPER & GALE PC**
AmSouth Harbert Plaza, Suite 2400
1901 6th Ave. N.
Birmingham, AL 35203

 I hereby certify that, on April 16, 2007, I served a copy of the foregoing by placing said copy in the U.S. Mail, first-class postage prepaid and properly addressed to the following:

Digital Sin, Inc.
21345 Lassen Street
Chatsworth, CA 91311

Fraserside Holding, LTD
10947 Pendleton Street
Sun Valley, CA 91352

LFP, Inc.
8484 Wilshire Blvd.
Suite 900
Beverly Hills, CA 90211

Mile High Media, Inc.
20652 Bahama Street
Chatsworth, CA 91311

United Parcel Service, Inc.
c/o CSC Lawyers Incorporating Service, Inc.
150 South Perry St.
Montgomery, AL 36104

           s/ Michael T. Sansbury
           OF COUNSEL

(ORDER LIST: 549 U.S.)

MONDAY, APRIL 16, 2007

CERTIORARI -- SUMMARY DISPOSITIONS

06-8747    SANDOVAL-VALLEJO, ALFREDO V. UNITED STATES

06-8755    ARRIAGA-LOPEZ, JOSE J. V. UNITED STATES

The motions of petitioners for leave to proceed *in forma pauperis* and the petitions for writs of certiorari are granted. The judgments are vacated and the cases are remanded to the United States Court of Appeals for the Fifth Circuit for further consideration in light of *Lopez* v. *Gonzales*, 549 U. S. ____ (2006).

06-9442    JORGENSEN, KENNETH A. V. CALIFORNIA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, First Appellate District for further consideration in light of *Cunningham* v. *California*, 549 U. S. ____ (2007).

06-9459    MOORE, CALVIN L. V. CALIFORNIA

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, Sixth Appellate District for further consideration in light of *Cunningham* v. *California*, 549 U. S. ____ (2007).

06-9543    JOHNSON, JOSEPH E. V. CALIFORNIA

1

The motion of petitioner for leave to proceed *in forma pauperis* and the petition for a writ of certiorari are granted. The judgment is vacated and the case is remanded to the Court of Appeal of California, First Appellate District for further consideration in light of *Cunningham* v. *California*, 549 U. S. ___ (2007).

## ORDERS IN PENDING CASES

| | |
|---|---|
| 06A882 (06-9804) | SODIPO, ABIODUN M. V. CAYMAS SYSTEMS, INC. |

The application for injunction addressed to Justice Ginsburg and referred to the Court is denied. Justice Breyer took no part in the consideration or decision of this application.

| | |
|---|---|
| 06M82 | THOMAS, DORIS L. V. UNDERWOOD, WARDEN |
| 06M83 | NORTON, DWAYNE J. V. ANDERSON, DAVID, ET AL. |
| 06M84 | THURSTON, WILLIAM V. ILLINOIS |
| 06M85 | BURDEN, ALBERT L. V. USPS |

The motions to direct the Clerk to file petitions for writs of certiorari out of time are denied.

| | |
|---|---|
| 06-923 | METLIFE, ET AL. V. GLENN, WANDA |
| 06-937 | QUANTA COMPUTER, INC., ET AL. V. LG ELECTRONICS, INC. |
| 06-939 | CHAMBER OF COMMERCE, ET AL. V. BROWN, ATT'Y GEN. OF CA, ET AL |

The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

| | |
|---|---|
| 06-8266 | OKPALA, OKEY G. V. DREW, WARDEN, ET AL. |
| 06-8445 | MURDOCK, MARK A. V. AM. EX. CENTURION BANK, ET AL. |

The motions for reconsideration of orders denying leave to proceed *in forma pauperis* are denied.

**CERTIORARI DENIED**

| | |
|---|---|
| 06-622 | OREGON TROLLERS ASS'N., ET AL. V. GUTIERREZ, SEC. OF COMMERCE |
| 06-759 | COMPUTERVISION CORP. V. UNITED STATES |
| 06-850 | CINERGY CORP., ET AL. V. UNITED STATES, ET AL. |
| 06-886 | AUSTIN, SHERMAN V. MICHIGAN |
| 06-892 | YUSUF, FATHI Y. M., ET AL. V. UNITED STATES |
| 06-907 | COUNTY BANK OF REHOBOTH BEACH V. MUHAMMAD, JALIYAH |
| 06-913 | ADAMS-HEDRICK, DONNA, ET VIR V. LIBERTY MUTUAL INSURANCE CO. |
| 06-948 | SACKS, BERTRAM V. OFFICE OF FOREIGN ASSETS, ET AL. |
| 06-952 | TARIQ, MUHAMMAD V. GONZALES, ATT'Y GEN. |
| 06-954 | ARTHUR, THOMAS D. V. ALLEN, COMM'R, AL DOC |
| 06-956 | PROMEDICA HEALTH SYSTEMS, ET AL. V. NLRB |
| 06-965 | LUBBOCK, TX, ET AL. V. OSCAR RENDA CONTRACTING, INC. |
| 06-1061 | CHEVRON U.S.A. INC., ET AL. V. DIR., OWCP, ET AL. |
| 06-1062 | CARTER, ANGIE, ET AL. V. MGA, INC., ET AL. |
| 06-1063 | ESCALERA, JAMIE M. V. CALIFORNIA |
| 06-1064 | FEIED, FREDERICK V. REGENTS OF UNIV. OF CA, ET AL. |
| 06-1065 | GABBARD, BERLE E. V. FIRST TENNESSEE BANK, ET AL. |
| 06-1072 | MIYASHIRO, GEORGE V. MASUOKA, JUDGE, ETC. |
| 06-1074 | BUTLER, RUSSELL P. V. USDC SD TX, ET AL. |
| 06-1075 | ROSS, RICHARD S. V. STATE CONTRACTING & ENGINEERING |
| 06-1078 | DEJA VU OF NASHVILLE, INC. V. METRO. GOVT. OF NASHVILLE, TN |
| 06-1079 | LOGAN, BRADLEY S. V. EVERETT, LEON E., ET AL. |
| 06-1080 | O'HANDLEY, CHAD P. V. JOHNSON, DIR., VA DOC |
| 06-1089 | HAYES, JAMES J. V. DENVER MEAT CUTTERS, ET AL. |
| 06-1090 | KOFOED, JOSEPH V. SHIPRACK, STEVEN |
| 06-1091 | CHALUPOWSKI, CHESTER J., ET UX. V. MEYERS, SHARON D. |
| 06-1096 | ROSE, MAXINE V. NEWTON-EMBRY, WARDEN |

06-1097     LI, PENG V. DEPT. OF JUSTICE

06-1099     JONES, STEPHEN E., ET AL. V. UPS, INC., ET AL.

06-1102     HUTCHINS, DONALD C. V. COMPLIENT CORP.

06-1104     OSTOPOSIDES, OLGA, ET AL. V. GLIMP, RICHARD, ET AL.

06-1105     ALABASTER, AL, ET AL. V. BEAULIEU, DONNA J.

06-1106     BELL, REX W. V. STARBUCKS U.S. BRANDS, ET AL.

06-1108     GATES, JANICE E. V. CALIFORNIA

06-1109     WELLS, JOHN V. LAMZ, JAMES R., ET AL.

06-1113     BUCHANAN, THOMAS R. V. UNITED PARCEL SERVICE, INC.

06-1115     CERVANTES-MANZO, ROBERTO V. GONZALES, ATT'Y GEN.

06-1117     BROOKINS, KATHRYN J., ET VIR V. ZONING COMM'N OF BOSTON, ET AL.

06-1120     HANFORD, BARTLETT J. V. UNITED STATES

06-1122     SEMINOLE ENTERTAINMENT, INC. V. CASSELBERRY, FL

06-1125     TIMMONS, JOHN C. V. DEERE CREDIT, INC., ET AL.

06-1127     MEDIA SIX, INC., ET AL. V. ZIGLAR, JOAN

06-1128     SCOTT, ROBIN V. EUREKA SECURITY, ET AL.

06-1129     DAVIS, SANDRA J., ET AL. V. VALLEY HOSPITALITY SERVICES, LLC

06-1130     ARMSTRONG, JAMES J., ET UX. V. COLONIAL BANK, N.A.

06-1136     HOWICK, MARK E. V. DEPT. OF LABOR

06-1147     HUGHES, RANDOLPH V. SANDERS, NEIL

06-1149     PRONTI, JOHN M. V. NEW YORK

06-1151     CRUMP-DONAHUE, JUANITA M. V. UNITED STATES

06-1153     OBIANWU, BENJAMIN V. GONZALES, ATT'Y GEN.

06-1162     KNIGHT, ROGER W. V. WA DEPT. OF SOCIAL & HEALTH

06-1163     BARNES, GERALD V. TYLER INDEPENDENT SCH. DIST.

06-1167     WOODY, KEVIN V. ARIZONA

06-1178     HABAN, STEPHEN V. UNITED STATES

06-1180     MILSTEIN, JEFFREY V. UNITED STATES

| | |
|---|---|
| 06-1199 | ZELNIK, MARTIN V. FASHION INST. OF TECH., ET AL. |
| 06-1200 | CHAVIS, ALAN L. V. UNITED STATES |
| 06-1201 | MASON, BRUCE V. UNITED STATES |
| 06-1205 | SCRUGGS, MITCHELL, ET AL. V. MONSANTO CO. |
| 06-1211 | CATLETT, IRVIN H. V. MARYLAND |
| 06-1213 | FREEMAN, JOE V. ILLINOIS |
| 06-1214 | HUA, BO W. V. UNITED STATES |
| 06-1216 | G. M. H. V. FLORIDA BOARD OF BAR EXAMINERS |
| 06-1218 | WARE, DARRIS A. V. MARYLAND |
| 06-1219 | AL-ARIAN, SAMI A. V. UNITED STATES |
| 06-1234 | BROWN, BRADFORD G. V. UNITED STATES |
| 06-1237 | HERRERA-AGUILAR, FRANCO V. UNITED STATES |
| 06-1244 | PUNZO, ANIVAL V. UNITED STATES |
| 06-1246 | PATRICK, TIMOTHY V. UNITED STATES |
| 06-1270 | HOOK, GEORGE C. V. UNITED STATES |
| 06-7769 | TAIRU, SURAJ O. V. UNITED STATES |
| 06-7831 | GRIFFITH, JERRY L. V. UNITED STATES |
| 06-7886 | HAYES, JOHN V. UNITED STATES |
| 06-7958 | FISHER, RONALD J. V. SCHULTZ, WARDEN |
| 06-8169 | CLARK, MICHAEL L. V. UNITED STATES |
| 06-8178 | HALL, ORLANDO C. V. UNITED STATES |
| 06-8258 | BELL, MELVIN V. CALIFORNIA |
| 06-8305 | CARPENTER, CHRISTOPHER V. UNITED STATES |
| 06-8332 | MORENO, CAMILO O. V. UNITED STATES |
| 06-8356 | BATTLE, ANTHONY G. V. UNITED STATES |
| 06-8399 | COLEMAN, CHRISTOPHER V. QUARTERMAN, DIR., TX DCJ |
| 06-8504 | EDWARDS, MARK D. V. PENNSYLVANIA |
| 06-8531 | BRAZELTON, TROY D. V. UNITED STATES |

| | |
|---|---|
| 06-8575 | KLEIN, RICHARD J. V. CARTER, WARDEN |
| 06-8704 | HOLT, ERIC V. UNITED STATES |
| 06-8742 | VERASTEGUI, JOSE V. UNITED STATES |
| 06-8813 | BURRELL, STANLEY V. UNITED STATES |
| 06-9044 | BAZE, RALPH S. V. KENTUCKY |
| 06-9113 | PHILLIPS, LAVELL V. UNITED STATES |
| 06-9121 | KIMMEL, CLIFFORD V. QUARTERMAN, DIR., TX DCJ |
| 06-9218 | KATER, JAMES M. V. DENNEHY, COMM'R, MA DOC |
| 06-9233 | GRIER, GENE A. V. FLORIDA, ET AL. |
| 06-9243 | DOMES, EDWARD V. WAKEFIELD, SUPT., GREENSBURG |
| 06-9244 | DAVIS, VINCENT V. TEXAS |
| 06-9252 | FUQUA, LEON V. MISSISSIPPI |
| 06-9255 | LUMPKIN, WILLIAM H. V. UPTON, WARDEN |
| 06-9256 | LOPEZ-LORZA, JAMIE V. MICHIGAN |
| 06-9257 | MARTIN, DWIGHT V. YATES, WARDEN |
| 06-9260 | ANDERSON, MELANIE S. V. HARVEY, WARDEN |
| 06-9261 | BARNES, RAYMOND V. NORTH CAROLINA |
| 06-9262 | MORGAN, MICHAEL W. V. INDIANA |
| 06-9266 | MOHAMMED, FARD V. RACINE UNIFIED SCHOOL DISTRICT |
| 06-9268 | WRIGHT, BILLY J. V. USDC CD CA, ET AL. |
| 06-9270 | UNDERDAHL, GARY V. CARLSON, WARDEN |
| 06-9288 | SALAS, SANDRO V. EVANS, WARDEN |
| 06-9291 | AWIIS, BAKRI H. V. WASHINGTON |
| 06-9292 | BAILEY, SHURESE Y. V. ILLINOIS |
| 06-9295 | SEAGULL, LEWIS M. V. USDC D NJ |
| 06-9300 | PANNELL, SAMUEL V. McKEE, WARDEN |
| 06-9305 | LOCH, VANNY V. HURLEY, WARDEN |
| 06-9306 | YBARRA, DANIEL C. V. QUARTERMAN, DIR., TX DCJ |

| | |
|---|---|
| 06-9310 | WATKINS, KEVIN V. NYC HUM. RES. ADMIN., ET AL. |
| 06-9311 | SUTTON, DRESSON V. ILLINOIS |
| 06-9312 | SOTO, CARLOS V. AYDAR, UNKNOWN, ET AL. |
| 06-9313 | RODRIQUEZ, EDDIE V. FAHEY, HELEN |
| 06-9314 | BOYD, JOANNE V. PEARSON, PATRICK |
| 06-9324 | STUMPF, DONALD V. SMITH, ROBERT, ET AL. |
| 06-9330 | JOHNSON, VENOLA M. V. WOODRUFF, LOUIS F. |
| 06-9337 | BLOOM, STEVEN K. V. McKUNE, WARDEN, ET AL. |
| 06-9338 | BELMER, CORNELIUS V. MISSISSIPPI, ET AL. |
| 06-9339 | ALLEN, WILLIE V. STALDER, SEC., LA DOC, ET AL. |
| 06-9344 | DAVIDSON, ROY P. V. MOHEGAN TRIBAL GAMING, ET AL. |
| 06-9346 | DAVIS, AUNDRE V. V. TEXAS |
| 06-9350 | MOORE, GREGORY L. V. TEXAS |
| 06-9354 | ROLEY, CHRISTOPHER B. V. MOORE, WARDEN |
| 06-9356 | STEVENS, JAMES A. V. QUARTERMAN, DIR., TX DCJ |
| 06-9374 | JACKSON, SYBIL V. HENNESSY AUTO |
| 06-9375 | ARMENTA, CARLOS V. STANLEY, REGINALDO, ET AL. |
| 06-9384 | COLES, COREY D. V. ROBINSON, WARDEN, ET AL. |
| 06-9390 | COLES, TIMOTHY L. V. TRUE, WARDEN |
| 06-9392 | CUESTA, TOMAS D. V. POLLARD, WARDEN |
| 06-9396 | CANTU, JOEL R. V. QUARTERMAN, DIR., TX DCJ |
| 06-9399 | ODEN, WILBERT V. CALIFORNIA |
| 06-9401 | ROMAN, JULIO E. V. GONZALES, ATT'Y GEN. |
| 06-9407 | MATEO, JOEL C. V. GONZALES, ATT'Y GEN. |
| 06-9409 | RIDER, LAWRENCE D. V. MICHIGAN |
| 06-9410 | SIVAK, LACEY M. V. SARGENT, DAVID, ET AL. |
| 06-9412 | MERLA, YOLANDA M. V. SAN ANTONIO INDEP. SCH. DIST. |
| 06-9419 | KNIZE, FRANCIS C.P. V. KNIZE, WAVERLY |

06-9424    WILSON, BOBBY E. V. MISSISSIPPI

06-9425    JACKSON, RONALD V. NEW YORK

06-9427    SENTY-HAUGEN, ARTHUR V. GOODNO, KEVIN, ET AL.

06-9428    RANTA, DAVID V. BURGE, SUPT., ELMIRA

06-9429    RUFFIN, OCTAVIUS M. V. FLORIDA

06-9431    SABB, WILLIE V. SANCHEZ, G., ET AL.

06-9432    BUI, MICHAEL J. V. HOILAND, DAVID J.

06-9433    BAILEY, JAMIE V. TENNESSEE

06-9438    DeJESUS, DANNY V. GOORD, COMM'R, NY DOC

06-9440    DEARING, MARVIN R. V. HAVILAND, WARDEN

06-9443    KNOX, JAMES E. V. CARROLL, WARDEN, ET AL.

06-9447    BANKUTHY, MICHAEL V. TILTON, SEC., CA DOC

06-9448    BLUMENTHAL, THOMAS H. V. MICHIGAN

06-9449    ARNONE, CHRISTOPHER G. V. QUARTERMAN, DIR., TX DCJ

06-9451    BAKER, ROBERT G. V. CALIFORNIA

06-9453    ZAKRZEWSKI, EDWARD J. V. McDONOUGH, SEC., FL DOC

06-9457    DERAGON, CHRISTOPHER H. V. TILTON, SEC., CA DOC, ET AL.

06-9467    JAMISON, ANDREW V. PARKER, WARDEN

06-9468    DAVIS, BODIE V. BIRKETT, WARDEN

06-9470    PERRY, WILLARD V. MS DOC, ET AL.

06-9471    MUHAMMAD, PATRICK V. MD ATT'Y GRIEVANCE COMMISSION

06-9474    RESTUCCI, WILLIAM V. MASSACHUSETTS

06-9481    PEREZ, CLAUDIO V. TEXAS

06-9483    DILLARD, EDDIE L. V. BURT, WARDEN

06-9484    EDGAR, FRED V. DORMIRE, SUPT., JEFFERSON CITY

06-9486    OLAN, ANGEL V. McDONOUGH, SEC., FL DOC

06-9487    PEREZ, ANTONIO V. SHERRER, ADM'R, NORTHERN, ET AL.

06-9490    NICHOLAS, EDWARD J. V. PENNSYLVANIA, ET AL.

| | |
|---|---|
| 06-9492 | MOORE, JOE V. CONWAY, SUPT., ATTICA |
| 06-9503 | POPE, CURTIS W. V. TEXAS |
| 06-9511 | RODRIGUEZ, LIONEL V. QUARTERMAN, DIR., TX DCJ |
| 06-9512 | STEVENS, DAVID A. V. VIRGINIA |
| 06-9520 | GNAGO, SERGE G. V. GONZALES, ATT'Y GEN. |
| 06-9528 | GAMBE, EDEL V. NEW JERSEY |
| 06-9537 | BAGGETT, JIMMY H. V. JOHNSON, DIR., VA DOC |
| 06-9541 | LABRUM, WARREN W. V. HELLING, WARDEN, ET AL. |
| 06-9555 | McKENNEY, PETER V. HENSE, WARDEN |
| 06-9597 | NESSELRODE, GREG V. PROVIDENT FINANCIAL, INC. |
| 06-9607 | WHITE, VARIAN V. WALDEN HOUSE, ET AL. |
| 06-9612 | WILSON, TONY A. V. FARLEY, LUCY, ET AL. |
| 06-9616 | FEASTER, ISAIAH T. V. MARYLAND |
| 06-9626 | PEYLA, MICHAEL R. V. UNITED STATES |
| 06-9631 | JAIME-SALDIVAR, MARIO V. HELLING, WARDEN, ET AL. |
| 06-9632 | KUPERMAN, ALBERT R. V. CATTELL, WARDEN, ET AL. |
| 06-9657 | HANSEN, RICHARD O. V. MARSHAL'S SERVICE, ET AL. |
| 06-9665 | HOUSLEY, JIM L. V. NORRIS, DIR., AR DOC |
| 06-9668 | EVANS, JOHN V. THOMPSON, SUPT., SHIRLEY |
| 06-9687 | GRANBERRY, JAMES E. V. DORMIRE, SUPT., JEFFERSON CITY |
| 06-9689 | FREEMAN, STEPHEN D. V. MSPB |
| 06-9691 | HARPER, DARYL V. UNITED STATES |
| 06-9697 | MOSELEY, FORREST A. V. MOTLEY, WARDEN |
| 06-9703 | MAILE, EDWARD V. LAFLER, WARDEN |
| 06-9708 | WOODRUM, ROBERT V. ILLINOIS |
| 06-9710 | McMANUS, CHARLES V. SVEDIN, TAMMY, ET AL. |
| 06-9720 | STEVERSON, BOBBY L. V. McDONOUGH, SEC., FL DOC |
| 06-9722 | REID, NORMAN V. NEW JERSEY |

```
06-9726      HARRIS, MARK V. McDONOUGH, SEC., FL DOC

06-9732      LUSCAR, PIERRE V. McDONOUGH, SEC., FL DOC, ET AL.

06-9733      GIMENEZ, HUMBERTO V. MORGAN STANLEY DW, INC.

06-9751      LAUDERDALE, RODNEY L. V. MICHIGAN

06-9760      TRIPLETT, JULIUS V. ILLINOIS

06-9774      STOUFFER, BIGLER J. V. OKLAHOMA

06-9779      WESTMAN, ERIC V. CLARKE, SEC., WA DOC, ET AL.

06-9785      BARNES, STEVEN L. V. HUMPHREY, WARDEN, ET AL.

06-9787      CONYERS, JAMES E. V. BURT, WARDEN

06-9801      PRASAD, RONALD R. V. CALIFORNIA

06-9809      DAVIS, MISHUNDA V. ILLINOIS

06-9814      GREGORY, WARREN R. V. POLK, WARDEN

06-9816      MENDEZ, ARNOLD J. V. HERNANDEZ, WARDEN

06-9850      BARRITT, ROBERT M. V. WV PAROLE BOARD

06-9851      LaPOINTE, PHILLIP E. V. ILLINOIS

06-9859      ESTRADA, RUBELO V. UNITED STATES

06-9865      RITTENBERRY, DARRELL V. MORGAN, WARDEN

06-9866      TORRES, SERGIO V. WALKER, DIR., IL DOC, ET AL.

06-9869      McCABE, JERRY L. V. ILLINOIS

06-9875      COOK, NORWOOD V. UNITED STATES

06-9876      CAVER, CALVIN V. UNITED STATES

06-9881      PARHAM, PAUL V. KLEM, SUPT., MAHANOY, ET AL.

06-9887      WINGO, ANDRE V. HUSZ, JOHN

06-9893      HUGHES, TRON V. LOUISIANA

06-9898      FINLEY, JACOB P. V. UNITED STATES

06-9901      RIVERS, DEREK V. USDC CD CA, ET AL.

06-9905      SMITH, HORATIO D. V. UNITED STATES

06-9906      GOMEZ, ALONSO V. PLILER, WARDEN
```

10

06-9910     HERRERA, RICARDO M. V. UNITED STATES

06-9911     GOMEZ-GONZALEZ, MANUEL L. V. UNITED STATES

06-9914     WILCOCK, ERNEST B. V. MAHONEY, WARDEN

06-9915     THOMAS, REGINALD V. WASHINGTON

06-9916     LEE, CRAIG L. V. FLORIDA

06-9917     LINDER, DAVID W. V. UNITED STATES

06-9918     BURNETTE, CHERYL V. US PROBATION SERV., ET AL.

06-9920     BIROS, KENNETH V. HOUK, WARDEN

06-9923     DIXON, CASSEL V. JETER, WARDEN

06-9924     CARROLL, RICHARD V. UNITED STATES

06-9926     QUIRINO-RODRIGUEZ, JUAN A. V. UNITED STATES

06-9930     PETERSON, EDWARD C. V. BROOKS, SUPT., ALBION

06-9931     CURTIS, ROBERT V. UNITED STATES

06-9933     MONIRUZZAMAN, MOHAMMAD V. UNITED STATES

06-9934     MENDOZA-SALINAS, DAVID V. UNITED STATES

06-9940     CUSTARD, MARSHALL R. V. UNITED STATES

06-9942     SILVA-GUERRERO, HERNAN V. UNITED STATES

06-9944     BENNETTE, JOHN M. V. UNITED STATES

06-9946     WADE, CHARLES L. V. UNITED STATES

06-9947     KELLEY, CHARLESTON V. UNITED STATES

06-9950     RUFF, SHAUN J. V. UNITED STATES

06-9952     SAMPLE, ALBERT W. V. JOHNSON, DIR., VA DOC

06-9953     RIES, DAVID L. V. UNITED STATES

06-9954     RESTREPO, LUIS G. V. UNITED STATES

06-9956     PEREZ-SOLER, HECTOR V. UNITED STATES

06-9957     NUNEZ-GONZALEZ, MARTIN V. UNITED STATES

06-9958     PENALOZA-RAMIREZ, MANUEL A. V. UNITED STATES

06-9959     BOYD, ERIK L. V. UNITED STATES

06-9960     BROWN, SHAUN V. UNITED STATES

06-9962     AREVALO-PEREZ, IGNACIO V. UNITED STATES

06-9964     DE ESPARZA, NORMA D. V. UNITED STATES

06-9966     DILLON, PERCY V. UNITED STATES

06-9974     KING, TROY E. V. UNITED STATES

06-9976     JENNINGS, CLINTON V. UNITED STATES

06-9977     DIAZ, SALVADOR V. UNITED STATES

06-9980     DOWLING, JIMMY T. V. UNITED STATES

06-9982     ALMANZA-TOVAR, JESUS V. UNITED STATES

06-9984     ARCOS, ADAN V. V. UNITED STATES

06-9987     VELORIA, ALICIA V. UNITED STATES

06-9988     CANO-BAEZ, RAFAEL V. UNITED STATES

06-9990     WATSON, JAMES L. V. UNITED STATES

06-9992     PENTZ, JACK V. UNITED STATES

06-9993     MITRE, BRICEIDA V. UNITED STATES

06-9997     RIVERA-ADORNO, SATURNINO V. UNITED STATES

06-10003    LEMUSU, HERMAN V. UNITED STATES

06-10004    JOHNSON, FRANCOIS V. UNITED STATES

06-10006    LEVY, SHLOMO V. UNITED STATES

06-10007    JACOBS, NANCY V. UNITED STATES

06-10008    LANDIN-MARTINEZ, SOFIA M. V. UNITED STATES

06-10011    JAMES, ELMER V. UNITED STATES

06-10012    ADKINS, LANDO V. McCOLLUM, ATT'Y GEN. OF FL

06-10014    BERNAL-AVEJA, CESAR V. UNITED STATES

06-10016    BLACKMON, DANNY L. V. UNITED STATES

06-10022    VENGOECHEA, REGINA V. UNITED STATES

06-10024    McLENNAN, JAMES M. V. UNITED STATES

06-10026    SCROGGINS, DEANDRE V. UNITED STATES

```
06-10028  )  RICARDO, RODOLFO V. UNITED STATES
          )
06-10080  )  COSSIN, BRIAN L. V. UNITED STATES

06-10029     SALDANA, FRANCISCO V. UNITED STATES

06-10031     MYERS, COREY L. V. UNITED STATES

06-10034     REYES-ANTUNEZ, SELVIN A. V. UNITED STATES

06-10037     VELARDE, JOE M. V. UNITED STATES

06-10038     HUMANA-HERON, JULIO C. V. UNITED STATES

06-10041     CARTER, GERALD V. UNITED STATES

06-10043     HORNE, MICHAEL A. V. UNITED STATES

06-10046     GOMEZ-AGUAYO, FELIPE A. V. UNITED STATES

06-10047     GRACIAN-BERBER, PONCIANO V. UNITED STATES

06-10049     FLORES-SILLER, MAURICIO V. UNITED STATES

06-10054     GARCIA-ALARCON, ARTURO V. UNITED STATES

06-10058     MANLEY, CHARLES S. V. UNITED STATES

06-10061     BENITEZ, GUILLERMO V. UNITED STATES

06-10062     JONES, JEREMY S. V. UNITED STATES

06-10065     JOHNSON, DAWN M. V. ILLINOIS

06-10067     MENTZOS, DENNIS E. V. UNITED STATES

06-10068     WILSON, JAMES H. V. POTTER, POSTMASTER GEN.

06-10071     KRANKEL, JOHN V. UNITED STATES

06-10073     LOPEZ-CABALLERO, JUAN V. UNITED STATES

06-10077     JOHNSON, JERMAIN V. UNITED STATES

06-10078     McCRAY, DEAN L. V. UNITED STATES

06-10081     CRAWFORD, MARSHALL W. V. UNITED STATES

06-10082     LANGAN, PETER K. V. UNITED STATES

06-10085     RIVERA-RIVERA, JAVIER V. UNITED STATES

06-10086     SMITH, MICHAEL V. UNITED STATES

06-10087     BOLDEN, ALBERT E. V. UNITED STATES
```

| | |
|---|---|
| 06-10089 | ANDERSON, DON B. V. UNITED STATES |
| 06-10090 | VARGAS-LUGO, MICKEY A. V. UNITED STATES |
| 06-10091 | CORDELL, ALVIN V. UNITED STATES |
| 06-10098 | RAY, ROBERT L. V. UNITED STATES |
| 06-10100 | SUTTON, BOBBY A. V. UNITED STATES |
| 06-10105 | REASONER, JAMES R. V. UNITED STATES |
| 06-10106 | MONTOYA-ORTIZ, REYMUNDO M. V. UNITED STATES |
| 06-10111 | LEWIS, DANIEL C. V. UNITED STATES |
| 06-10120 | PEREZ-CASTRILLO, ERNESTO J. V. UNITED STATES |
| 06-10122 | BOBB, SHERMAN V. UNITED STATES |
| 06-10124 | RESHARD, JOHN W. V. UNITED STATES |
| 06-10126 | WREN, LADALE V. UNITED STATES |
| 06-10130 | FAIR, FREDRICK O. V. UNITED STATES |
| 06-10132 | HITT, SCOTT H. V. UNITED STATES |
| 06-10133 | HARPER, JAMES D. V. UNITED STATES |
| 06-10139 | DELGADO-GAMA, JUAN V. UNITED STATES |
| 06-10142 | DYSON, WILLIE F. V. UNITED STATES |
| 06-10147 | PRIETA-QUEZADA, RAMON V. UNITED STATES |
| 06-10150 | JIMENEZ, RICHARD V. UNITED STATES |
| 06-10152 | WASHINGTON, JEFFREY V. UNITED STATES |
| 06-10155 | YOUNG, WILLIAM V. UNITED STATES |
| 06-10158 | JEAN-BAPTISTE, MARIE, ET AL. V. UNITED STATES |
| 06-10160 | SMITH, TIMOTHY V. UNITED STATES |
| 06-10167 | BELLAMY, CHUCK W. V. UNITED STATES |
| 06-10172 | McCONNEL, JOSEPH E. V. UNITED STATES |
| 06-10180 | CAMPOS-DIAZ, CELERINO V. UNITED STATES |
| 06-10199 | ABDULLAH, MUSTAFA V. McFADDEN, WARDEN |

The petitions for writs of certiorari are denied.

06-889      OKLAHOMA V. CODDINGTON, JAMES A.

  The motion of respondent for leave to proceed *in forma pauperis* is granted. The petition for a writ of certiorari is denied.

06-899      FISHING VESSEL CHLOE Z V. MATOS, ROBERT, ET AL.

  The motion of International Group of P&I Clubs, et al. for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

06-926      DAEWOO MOTOR AMERICA, INC. V. GENERAL MOTORS CORP., ET AL.

  The motion of CMA Business Credit Services for leave to file a brief as *amicus curiae* is granted. The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this motion and this petition.

06-1069     KEYTER, ANTHONY P. V. McCAIN, JOHN, ET AL.

  The petition for a writ of certiorari is denied. The Chief Justice took no part in the consideration or decision of this petition.

06-1086     JORDAN, ROBERT L. V. ALTERNATIVE RESOURCES CORP.

  The petition for a writ of certiorari is denied. Justice Breyer took no part in the consideration or decision of this petition.

06-1107     PERRYMAN, WAYNE V. DEMOCRATIC NAT'L COMM., ET AL.

  The motion of National Black Republican Association, et al. for leave to file a brief as *amici curiae* is granted. The petition for a writ of certiorari is denied.

06-9301     MITCHELL, KENNETH V. TILTON, SEC., CA DOC

06-9382     WATSON, MARK J. V. BANK OF AMERICA, ET AL.

  The petitions for writs of certiorari are denied. Justice

15

Breyer took no part in the consideration or decision of these petitions.

06-9452   ALLEN, GENE A. V. NEVADA

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.  As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1.  See *Martin v. District of Columbia Court of Appeals*, 506 U.S. 1 (1992) (*per curiam*).  Justice Stevens dissents.  See *id.*, at 4, and cases cited therein.

06-9731   LINDELL, NATHANIEL A. V. HUIBREGTSE, PETER, ET AL.

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of certiorari is dismissed.  See Rule 39.8.

06-9804   SODIPO, ABIODUN M. V. CAYMAS SYSTEMS, INC.

The petition for a writ of certiorari is denied.  Justice Breyer took no part in the consideration or decision of this petition.

## HABEAS CORPUS DENIED

06-10169   IN RE LEROY BANKS, III

06-10230   IN RE BILLY R. SIMS

The petitions for writs of habeas corpus are denied.

06-10039   IN RE JOHN E. CARTER

The motion of petitioner for leave to proceed *in forma pauperis* is denied, and the petition for a writ of habeas corpus

16

is dismissed. See Rule 39.8. As the petitioner has repeatedly abused this Court's process, the Clerk is directed not to accept any further petitions in noncriminal matters from petitioner unless the docketing fee required by Rule 38(a) is paid and the petition is submitted in compliance with Rule 33.1. See *Martin v. District of Columbia Court of Appeals*, 506 U.S. 1 (1992) (*per curiam*). Justice Stevens dissents. See *id.,* at 4, and cases cited therein.

## MANDAMUS DENIED

| | |
|---|---|
| 06-9219 | IN RE DAVID KING |
| 06-9387 | IN RE ED DAVIS |
| 06-9430 | IN RE JOSE M. RUIZ |
| 06-9444 | IN RE PAUL E. DORSEY |
| 06-9475 | IN RE ROBERT R. BUTCHER |
| 06-9742 | IN RE CURTIS L. HENDERSON |
| 06-9752 | IN RE KEITH R. LUGO |
| 06-9929 | IN RE ROBERT RICH |

The petitions for writs of mandamus are denied.

| | |
|---|---|
| 06-1166 | IN RE ALLEN D. POWERSTEIN |
| 06-8662 | IN RE JOHNNY SWANSON |
| 06-9478 | IN RE WILLIAM B. WALKER |

The petitions for writs of mandamus and/or prohibition are denied.

## REHEARINGS DENIED

| | |
|---|---|
| 05-1240 | WALLACE, ANDRE V. KATO, KRISTEN, ET AL. |
| 06-724 | McCARTHY, CHARLES C. V. SUPREME COURT OF CA, ET AL. |
| 06-754 | IN RE EILEEN VEY |
| 06-786 | LOCKLEAR, AARON V. BERGMAN & BEVING AB, ET AL. |

| | |
|---|---|
| 06-809 | IN RE JOYCE PATTERSON-BEGGS |
| 06-5686 | BISMARK, THOMAS M. V. McDONOUGH, SEC., FL DOC |
| 06-6593 | RIGDON, CHARLES V. UNITED STATES |
| 06-6672 | HARVEY, ALVIN V. LOUISIANA |
| 06-7551 | SPENCER, JONATHAN V. FLORIDA |
| 06-7836 | SWEATMON, JANISE R. V. JONES, R. DOUGLAS, ET AL. |
| 06-7914 | COLLINS, MARK R. V. OKLAHOMA, ET AL. |
| 06-7925 | RODRIGUEZ-ORTIZ, ARSENIO V. UNITED STATES |
| 06-8001 | JONES, DANIEL D. V. UNITED STATES |
| 06-8009 | McLEAN, CLEVELAND V. UNITED STATES |
| 06-8118 | BRYANT, TYRONE O. V. UNITED STATES |
| 06-8128 | CLARK, HERMAN T. V. WORKMAN, WARDEN, ET AL. |
| 06-8163 | BROWN, JAMES G. V. CARROLL, WARDEN, ET AL. |
| 06-8184 | GROCE, CAROLYN V. POWELL, EARL A., ET AL. |
| 06-8339 | MONTGOMERY-BROOKS, GEORGIANA V. REG. TRANSP. DIST., ET AL. |
| 06-8374 | ROBINSON, DELROY V. UNITED STATES |
| 06-8506 | TENSLEY, DARIAN V. UNITED STATES |
| 06-8536 | CROOKS, DANIEL A., ET UX. V. CIR |
| 06-8548 | BROOM, ROMELL V. MITCHELL, WARDEN |
| 06-8621 | SHERRILL, JAMES V. COMMANDANT, USDB, ET AL. |
| 06-8760 | PEOPLES, KAVIN V. UNITED STATES |
| 06-9038 | BRATCHER, LEON D. V. UNITED STATES |
| 06-9158 | PEREZ, RAUL V. UNITED STATES |
| 06-9228 | IN RE JEFFREY R. BERRY |

       The petitions for rehearing are denied.