IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS AND ) | |
| MARCO WILLIAMS ) | |
| d/b/a FIRST CHOICE VIDEO ) | |
| ) | |
| PLAINTIFFS, ) | |
| ) | |
| ) | |
| v.  ) | CASE NO. 1:07-cv-228-MEF |
| ) | |
| ) | |
| MGA, INC., and all Holding ) | |
| Companies And Affiliated ) | |
| Entities d/b/a MOVIE ) | |
| GALLERY, UNITED PARCEL ) | |
| SERVICE, INC. (UPS), ) | |
| SELECT MEDIA SERVICES, ) | |
| LLC, MILE HIGH MEDIA, ) | |
| INC., LFP, INC., DIGITAL SIN,) | |
| INC., And FRASIERSIDE ) | |
| HOLDING, LTD., ) | |

ANSWER TO MOTION TO DISMISS BY DEFENDANT
SELECT MEDIA SERVICES, LLC

Come now Plaintiffs, Michael Williams and Marco Williams, and in response to the Defendant's Motion to Dismiss, says as follows:

A
GOVERNING RULE

All Pleadings in Federal Practice are governed by Rule 8 FRCP which requires that a Complaint contain a short and plain statement of the claim showing that the pleader is entitled to relief.  This is called "Notice Pleading."  Fifty years ago in Conley v. Gibson, 355 U.S. 41 (1957) the U.S. Supreme Court spelled out these requirements and it has re-affirmed them since then at various times. (See Leatherman v. Tarrant County Narcotics Intelligence and Coordination Unit, 507

1

U.S. 163 (1993); Crawford-El v. Britton, 523 U.S. 574 (1988) and Swierkiewicg v. Sorema, N.A., 534 U.S. 506 (2002)). (See, also, Exhibit 1)

This Defendant also seeks to engraph Rule 9's dictates regarding fraud allegations. That is not permissible and obviously deserves rejection by this Court. The Complaint here more than provides adequate notice to the Defendant what it is called upon to defend.

B
ADDITIONAL CLAIMS BY SELECT MEDIA SERVICES

At this juncture, Plaintiffs do not have to show the precise manner in which they were harmed by this Defendant. However, Plaintiffs are prepared to show that this Defendant participated in the conspiracy to distribute obscenity by partnering with Movie Gallery US in said distribution through the placement of magazines in Movie Gallery stores. Plaintiffs would further expose this Defendant's complicity via evidence that "Barely Legal" magazine is an LFP Publishing Group LLC product produced under the auspices of Defendant LFP Inc.. Plaintiffs will show that any involvement with Defendants Movie Gallery US and LFP, Inc. directly injured them as it (involvement) helped the other Defendants to garner illegally earned market-share.

Plaintiffs have attached as exhibits, samples of the obscene content of the March 2007 issue of "Barely Legal". In keeping with the advisory opinion of Carter et. al. v. MGA, Inc, 189 Fed. Appx. 893, 894 (11th Cir. 2006), these exhibits leave no doubt that the material could very well be deemed obscene by the fact-finder (in this case the jury). Moreover, Defendant LFP, Inc. is well-aware that the product is illegal as indicated by it's notice contained in Exhibit 6.

Wherefore, given the mandate of Rule 8 and the evidence adduced to this point, the Defendant's Motion is due to be denied.

        Malcolm R. Newman, Attorney, P.C.

        /s/ Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        Attorney for the Plaintiff
        P.O. Box 6137
        Dothan, Alabama 36302
        (334) 792-2132
        ASB-2826-M39M

## CERTIFICATE OF SERVICE

I hereby certify that on April 26, 2007, that I have filed a copy of the foregoing via the CM/ECF System which will send notification to the following:

Jeffrey M. Grantham, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Jeffrey A. Lee, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

John Thomas A. Malatesta, III, Esq.
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Michael T. Sansbury, Esq.
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35213

        /s/ Malcolm R. Newman

# EXHIBIT 1

Case 1:07-cv-00228-MEF-CSC    Document 21-2    Filed 04/26/2007    Page 1 of 2



# EXHIBIT 2

Case 1:07-cv-00228-MEF-CSC    Document 21-3    Filed 04/26/2007    Page 1 of 2

# BARELY LEGAL

## CONTENTS — MARCH 2007



BARELY LEGAL TEEN QUEEN OF THE MONTH


138


76


84

- 4 — **JULIA** — MOST LIKELY TO DO ANAL
- 12 — **DEAR BARELY LEGAL**
- 14 — **BARELY LEGAL NEWS FLASHES**
- 16 — **INSIDE A BARELY LEGAL GIRL**
- 20 — **SANAEI** — 2 PERFECT — **PANTY GIVEAWAY CONTEST!**
- 28 — **MIRA** — WHISTLE (AND SCREAM AND MOAN) WHILE YOU WORK
- 36 — **BARELY LEGAL SLUMBER PARTY**
- 40 — **ALLIE SIN** — ORIGINAL SIN
- 50 — **CASSANDRA** — DOWN-HOME THREESOME
- 58 — **ROCK HARD** — A BARELY LEGAL CONFESSION
- 66 — **SUSAN** — BARELY LEGAL TEEN QUEEN OF THE MONTH
- 76 — **PARIS** — FRENCH MY PUSSY — **PANTY GIVEAWAY CONTEST!**
- 84 — **KRISTA & LEXI BELLE** — BEST FUCK BUDDIES 4-EVER
- 95 — **TWENTY** — THE SEXUAL EDUCATION OF AN 18-YEAR-OLD GIRL — **HARD-CORE COMIC STRIP!**
- 100 — **KRYSTAL** — THE KRYSTAL METHOD
- 108 — **BARELY LEGAL BOX OFFICE**
- 138 — **FAYE** — TRUE HOLLYWOOD STORY

BARELY LEGAL, (ISSN 1078-4160) Vol. 14, No. 7, March 2007. Published monthly, except twice in November by LFP Publishing Group, LLC, 8484 Wilshire Blvd., Suite 900, Beverly Hills, CA 90211. Copyright © 2007, LFP Publishing Group, LLC. All rights reserved. Nothing herein may be reproduced in whole or in part without written permission of the publisher. Return postage must accompany all manuscripts, photographs, drawings, etc., if they are to be returned, and LFP Publishing Group, LLC assumes no responsibility for unsolicited materials. All letters sent to BARELY LEGAL will be treated as unconditionally assigned for publication and copyright purposes and as subject to BARELY LEGAL's right to edit and comment editorially. Any similarity between persons and places in fictional portions of this magazine and any real persons and places is purely coincidental. All photos posed by professional models except as otherwise noted. Neither said photos, nor words used to describe them, are meant to depict models' actual conduct, statements or personalities. SUBSCRIPTION INFORMATION: For subscription customer service, call (800) 345-7413. A one year subscription is $39.95 (12 issues). Foreign subscriptions: Add $10 U.S. funds. Back issues are $12 each, postage and taxes included. These prices represent BARELY LEGAL's standard subscription rate and should not be confused with special subscription offers sometimes advertised. Change of address: Allow six weeks' advance notice and send in both your old and new addresses. ATTN. POSTMASTER: Send change of address to: BARELY LEGAL Magazine, P.O. Box 16988, North Hollywood, CA 91615-9361. Periodicals postage paid at Beverly Hills, California, and at additional mailing offices. BARELY LEGAL is registered in the U.S. Patent and Trademark Office by LFP Publishing Group, LLC. **PRINTED IN CANADA**

The publisher maintains the records relating to images in this periodical required by 18 U.S.C. §2257, which records are located at the office of the manufacturer, 8484 Wilshire Blvd., Beverly Hills, CA 90211, D. Carrillo, custodian of records. All nude models are 18 years of age or older. Date of publication is 12/26/06.

# EXHIBIT 3

Case 1:07-cv-00228-MEF-CSC    Document 21-4    Filed 04/26/2007    Page 1 of 2




# EXHIBIT 4



# EXHIBIT 5

# EXHIBIT 6



**ALL DVDs ARE $29.95 EACH**
**OR EVEN GET 3 FOR $24.95 EACH**
**OR GET 7 OR MORE FOR $21.95 EACH**

CALL US AT 877.3
AT MERCHANDISI

___ BLD01  ___ BLD02  ___ BLD03  ___ BLD04  ___ BLD05  ___ BLD06  ___ BLD07  ___ BLD08  ___ BLD09
___ BLD10  ___ BLD11  ___ BLD12  ___ BLD13  ___ BLD14  ___ BLD15  ___ BLD16  ___ BLD17  ___ BLD18
___ BLD19  ___ BLD20  ___ BLD21  ___ BLD22  ___ BLD23  ___ BLD24  ___ BLD25  ___ BLD26  ___ BLD27
___ BLD28  ___ BLD29  ___ BLD30  ___ BLD31  ___ BLD32  ___ BLD33  ___ BLD34  ___ BLD35  ___ BLD36
___ BLD37  ___ BLD38  ___ BLD39  ___ BLD40  ___ BLD41  ___ BLD42  ___ BLD43  ___ BLD44  ___ BLD45

**MAIL ORDER FORM AND PAYMENT TO:**
**LFP MERCHANDISING, INC.**
**P.O. BOX 17317**
**BEVERLY HILLS, CA 90209**

Merchandise Subtotal _____
CA residents Add 8.25% Sales Tax _____
Shipping and Handling    $6.95
TOTAL ENCLOSED _____

Prices subject to change without notice. ALL SALES FINAL.

En
Please
Accou
Name
Addre
City, S
X
Signa

No foreign orders accepted. We do not ship videos to the following areas: the states of AL, AR, LA, MS, UT; FL zip codes beginning with 320-326 and 344; IN with zip codes 46201-290 and the city of South Bend; TN with zip codes 38101-190; and OH with zip codes 45201-275. We do not ship to correctional facilities. Merchandise shipped to P.O. Boxes is sent via United States Postal Service. LFP Merchandising, Inc. is not responsible for any lost/stolen/damaged merchandise shipped via USPS.

www.HustlerHollywood.com    www.HustlerHollywood.com    www.H