IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS <br> AND MARCO WILLIAMS <br> d/b/a FIRST CHOICE VIDEO, <br><br> Plaintiffs, <br><br> v. <br><br> MGA, INC. and all Holding Companies <br> and affiliated Entities, d/b/a MOVIE <br> GALLERY, UNITED PARCEL SERVICE, <br> INC. (UPS), SELECT MEDIA SERVICES, <br> LLC, MILE HIGH MEDIA, INC., LFP, INC., <br> DIGITAL SIN, INC., and FRASERSIDE <br> HOLDING, LTD, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 1:07-CV-228-MEF <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION TO DISMISS**

Comes now Defendant United Parcel Service, Inc. ("UPS"), by and through its undersigned counsel of record, and hereby moves this Court that it enter an order dismissing all of Plaintiffs' claims against it in this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6), on the ground that said Complaint fails to state a claim against this Defendant upon which relief may be granted.

In support of this motion, Defendant UPS herewith submits its Brief in Support of the Motion to Dismiss.

Respectfully submitted, this 30th day of April, 2007.

                                            /s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama  36301
Phone:     (334) 792-4156
Facsimile: (334) 794-8342

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Phone:     (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendant
United Parcel Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman
Malcolm R. Newman, P.C.
P. O. Box 6137
Dothan, AL 36302

Jeffrey M. Grantham
Jeffrey Allen Lee
John T. A. Malatesta, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL 35203

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL 35203

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama 36301
Phone:   (334) 792-4156
Facsimile: (334) 794-8342