IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS<br>AND MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>      Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES,<br>LLC, MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:07-CV-228-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT UNITED PARCEL SERVICE, INC.'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant United Parcel Service, Inc. hereby discloses that United Parcel Service, Inc., a Delaware corporation, is the ultimate parent of United Parcel Service of America, Inc. and United Parcel Service, Inc., an Ohio corporation. United Parcel Service, Inc., a Delaware corporation, is the only UPS-related entity that has outstanding common stock issued in a public offering and the only owner of United Parcel Service of America, Inc. and United Parcel Service, Inc., an Ohio corporation that does. United Parcel Service, Inc., a Delaware corporation, and United Parcel Service of America, Inc. each has outstanding debt securities that were issued in public offerings.

Respectfully submitted this 30th day of April, 2007.

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama  36301
Phone:     (334) 792-4156
Facsimile:  (334) 794-8342
Email:  alivingston@leeandmcinish.com

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Phone:     (404) 881-7000
Facsimile:  (404) 881-7777
Email: bcollins@alston.com

Attorneys for Defendant
United Parcel Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2007, I electronically filed the within and foregoing DEFENDANT UNITED PARCEL SERVICE, INC.'S RULE 7.1 DISCLOSURE STATEMENT using the CM/ECF system, which will send notification of such filing to the following:

>Malcolm R. Newman
>Malcolm R. Newman, P.C.
>P. O. Box 6137
>Dothan, AL  36302
>
>Jeffrey M. Grantham
>Jeffrey Allen Lee
>John T. A. Malatesta, III
>Maynard, Cooper & Gale, P.C.
>1901 Sixth Avenue North
>Birmingham, AL  35203
>
>Robert K. Spotswood
>Michael T. Sansbury
>Spotswood Sansom & Sansbury LLC
>2100 Third Avenue, North
>Concord Center, Suite 940
>Birmingham, AL  35203

>/s/ *Alan C. Livingston*
>Alan C. Livingston (LIV007)
>LEE and McINISH, P.C.
>283 West Main Street
>Dothan, Alabama  36301
>Phone:    (334) 792-4156
>Facsimile: (334) 794-8342
>Email:  alivingston@leeandmcinish.com