IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| v. | ) CASE NO. 2:07-cv-228-MEF |
| | ) |
| MGA, INC., *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **O R D E R**

Upon consideration of the defendant's Motion to Dismiss (Doc. #22) filed on April 30, 2007, it is hereby ORDERED that:

1.  The plaintiffs file a response which shall include a brief and any evidentiary materials on or before May 15, 2007.

2.  The defendants may file a reply brief on or before May 22 2007

DONE this the 1st day of May, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE