IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-228-MEF |
| ) | |
| MGA, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**REPLY BRIEF IN SUPPORT OF MOTION TO DISMISS
OF DEFENDANT SELECT MEDIA SERVICES, LLC**

In reply to Plaintiffs' Answer to Motion to Dismiss, Defendant Select Media Services, LLC, ("SMS") hereby adopts the arguments made and legal authorities cited by Movie Gallery US, LLC, in its Reply Brief in support of its Motion to Dismiss. SMS further adopts the arguments made and legal authorities cited in the Brief in Support of Defendant United Parcel Service, Inc.'s Motion to Dismiss.

DATED: May 3, 2007.

        Respectfully submitted,

        s/ Michael T. Sansbury
        Robert K. Spotswood (SPO 001)
        Michael T. Sansbury (SAN 054)
        SPOTSWOOD SANSOM & SANSBURY LLC
        940 Concord Center
        2100 Third Avenue North
        Birmingham, Alabama 35213
        Telephone: (205) 986-3620
        Fax: (205) 986-3639
        E-mail:    rks@spotswoodllc.com
                      msansbury@spotswoodllc.com

        *Attorneys for Select Media Services, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that, on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman, Esq.
**MALCOLM R. NEWMAN ATTORNEY PC**
219 West Crawford St.
Dothan, AL 36301
E-mail:      mnewman470@aol.com

Jeffrey M. Grantham, Esq.
Jeffrey A. Lee, Esq.
John Thomas A. Malatesta III, Esq.
**MAYNARD COOPER & GALE PC**
AmSouth Harbert Plaza, Suite 2400
1901 6th Ave. N.
Birmingham, AL 35203
E-mail:      jgrantham@mcglaw.com
               jlee@mcglaw.com
               jmalatesta@maynardcooper.com

Betsy P. Collins
**ALSTON & BIRD**
1201 W Peachtree St
One Atlantic Center
Atlanta, GA 30309
E-mail:      bcollins@alston.com

Alan Carpenter Livingston
**LEE & MCINISH**
PO Box 1665
Dothan, AL 36302-1665
E-mail:      alivingston@leeandmcinish.com

    I hereby certify that, on May 3, 2007, I served a copy of the foregoing by placing a copy of same in the U.S. Mail, first-class postage prepaid, and properly addressed to the following:

Digital Sin, Inc.
21345 Lassen Street
Chatsworth, CA 91311

Fraserside Holding, LTD
10947 Pendleton Street
Sun Valley, CA 91352

2

LFP, Inc.
8484 Wilshire Blvd.
Suite 900
Beverly Hills, CA 90211

Mile High Media, Inc.
20652 Bahama Street
Chatsworth, CA 91311

                                          s/ Michael T. Sansbury
                                          OF COUNSEL