IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

|  |  |
|---|---|
| MICHAEL WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-228-MEF |
| ) | |
| MGA, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**MOTION FOR SANCTIONS OF DEFENDANT
SELECT MEDIA SERVICES, LLC**

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, Defendant Select Media Services, LLC, ("SMS") moves this Court to impose sanctions against Plaintiffs' attorney Malcolm R. Newman ("Attorney Newman") for the continued prosecution of a legal claim the United States District Court for the Middle District of Alabama and other courts have repeatedly found deficient in fact and law.[1]  In support of its motion, SMS adopts the arguments made and legal authorities cited by Movie Gallery in its motion for sanctions.

WHEREFORE, SMS respectfully requests that this Court impose a sanction that is adequate to punish Attorney Newman for filing this meritless lawsuit and to deter him from continuing to do so in the future.

---

[1] Pursuant to F.R.C.P. 11(c), this motion was first served on Attorney Newman on April 9, 2007, more than 21 days before the filing of this motion.

DATED: May 3, 2007.

Respectfully submitted,

s/ Michael T. Sansbury
Robert K. Spotswood (SPO 001)
Michael T. Sansbury (SAN 054)
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama  35213
Telephone: (205) 986-3620
Fax: (205) 986-3639
E-mail:       rks@spotswoodllc.com
              msansbury@spotswoodllc.com

*Attorneys for Select Media Services, LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing document was served upon the following by placing same in the U.S. Mail, postage prepaid and properly addressed, on the 9th day of April 2007:

Malcolm R. Newman, Esq.
**MALCOLM R. NEWMAN ATTORNEY PC**
219 West Crawford St.
Dothan, AL  36301

                                            s/ Michael T. Sansbury
                                            OF COUNSEL

## CERTIFICATE OF SERVICE

I hereby certify that, on May 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman, Esq.
**MALCOLM R. NEWMAN ATTORNEY PC**
219 West Crawford St.
Dothan, AL  36301
E-mail:	mnewman470@aol.com

Jeffrey M. Grantham, Esq.
Jeffrey A. Lee, Esq.
John Thomas A. Malatesta III, Esq.
**MAYNARD COOPER & GALE PC**
AmSouth Harbert Plaza, Suite 2400
1901 6th Ave. N.
Birmingham, AL  35203
E-mail:	jgrantham@mcglaw.com
	jlee@mcglaw.com
	jmalatesta@maynardcooper.com

Betsy P. Collins
**ALSTON & BIRD**
1201 W Peachtree St
One Atlantic Center
Atlanta, GA 30309
E-mail:	bcollins@alston.com

Alan Carpenter Livingston
**LEE & MCINISH**
PO Box 1665
Dothan, AL 36302-1665
E-mail:	alivingston@leeandmcinish.com

I hereby certify that, on May 3, 2007, I served a copy of the foregoing by placing a copy of same in the U.S. Mail, first-class postage prepaid, and properly addressed to the following:

Digital Sin, Inc.
21345 Lassen Street
Chatsworth, CA 91311

Fraserside Holding, LTD
10947 Pendleton Street
Sun Valley, CA 91352

4

LFP, Inc.
8484 Wilshire Blvd.
Suite 900
Beverly Hills, CA 90211

Mile High Media, Inc.
20652 Bahama Street
Chatsworth, CA 91311

                                      s/ Michael T. Sansbury
                                      OF COUNSEL