AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Michael Williams and Marco Williams
d/b/a First Choice Video

V.

MGA, Inc., and all holding companies and
affiliated companies d/b/a Movie Gallery,
United Parcel Service, (UPS), Select Media
Services, LLC, Mile High Media, Inc., LFP,
Inc., Digital Sin, Inc., and Fraserside
Holding, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv228-MEF

TO: (Name and address of Defendant)

Fraserside Holding, LTD
d/b/a Private
10947 Pendleton Street
Sun Vally, California 91352

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE 6/1/07

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

Michael Williams and Marco Williams
d/b/a First Choice Video

V.

MGA, Inc., and all holding companies and
affiliated companies d/b/a Movie Gallery,
United Parcel Service, (UPS), Select Media
Services, LLC, Mile High Media, Inc., LFP,
Inc., Digital Sin, Inc., and Fraserside
Holding, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07CV228MEF

TO: (Name and address of Defendant)

Digital Sin, Inc.
21345 Lassen Street
Chatsworth, California 91311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett
CLERK

DATE 6/1/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael Williams and Marco Williams
d/b/a First Choice Video

V.

MGA, Inc., and all holding companies and
affiliated companies d/b/a Movie Gallery,
United Parcel Service, (UPS), Select Media
Services, LLC, Mile High Media, Inc., LFP,
Inc., Digital Sin, Inc., and Fraserside
Holding, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv228-MEF

TO: (Name and address of Defendant)

Mile High Media, Inc.
20652 Bahama Street
Chatsworth, California 91311

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

DATE 6/1/07

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

_____Middle_____ District of _____Alabama_____

Michael Williams and Marco Williams d/b/a First Choice Video

V.

MGA, Inc., and all holding companies and affiliated companies d/b/a Movie Gallery, United Parcel Service, (UPS), Select Media Services, LLC, Mile High Media, Inc., LFP, Inc., Digital Sin, Inc., and Fraserside Holding, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 1:07cv228-MEF

TO: (Name and address of Defendant)

LFP, Inc.
Labowe, Labowe & Hoffman, LLP
1631 West Beverly Blvd.
2nd Floor
Las Angeles, California 90026-5746

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Malcolm R. Newman
P.O. Box 6137
Dothan, Alabama 36301

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett                                      5/1/07
_____                    _____
CLERK                                                           DATE

_____
(By) DEPUTY CLERK