IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS<br>AND MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>      Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES,<br>LLC, MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:07-CV-228-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### DEFENDANT UNITED PARCEL SERVICE, INC.'S MOTION FOR SANCTIONS PURSUANT TO RULE 11

Pursuant to Rule 11(b)(1)(2), and (3) of the Federal Rules of Civil Procedure, Defendant United Parcel Service, Inc. ("UPS"), moves this Court to sanction Malcolm Newman, counsel for Plaintiffs Michael Williams and Marco Williams, for continuing to assert in bad faith baseless claims that this Court, its sister district courts, and the United States Court of Appeals for the Eleventh Circuit have found deficient in fact and law.[1]

In support of this motion, Defendant UPS herewith submits its Brief in Support of the Motion for Sanctions.

---

[1] Pursuant to Federal Rule of Civil Procedure 11(c), UPS served this motion on Malcolm Newman, counsel for Plaintiffs, on May 18, 2007. [A letter dated May 18, 2007, enclosing the motion is attached as Exhibit 1, and a copy of the certified mail return receipt card is attached hereto as Exhibit 2.]

Respectfully submitted, this 14th day of June, 2007.

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama 36301
Phone:   (334) 792-4156
Facsimile: (334) 794-8342

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone:   (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendant
United Parcel Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman
Malcolm R. Newman, P.C.
P. O. Box 6137
Dothan, AL  36302

Jeffrey M. Grantham
Jeffrey Allen Lee
John T. A. Malatesta, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL  35203

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL  35203

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama  36301
Phone:     (334) 792-4156
Facsimile: (334) 794-8342

# EXHIBIT 1

LAW OFFICES

## LEE & McINISH, P.C.

WILLIAM L. LEE, III
ALAN C. LIVINGSTON
WILLIAM C. CARN, III
PETER A. McINISH
WILLIAM L. LEE, IV
WILLIAM W. NICHOLS

238 WEST MAIN STREET
DOTHAN, ALABAMA 36301

MAILING ADDRESS
POST OFFICE BOX 1665
DOTHAN, ALABAMA 36302

Writer's Direct Dial Number:
(334) 836-1021

May 18, 2007

W. L. LEE (1873-1944)
ALTO V. LEE, III (1915-1987)
HUEY D. McINISH (1923-1999)

PHONE (334) 792-4156
FAX (334) 794-8342

Writer's E-Mail Address:
alivingston@leeandmcinish.com

Mr. Malcolm R. Newman
*Malcolm R. Newman, P.C.*
P.O. Box 6137
Dothan, AL 36302-6137

Re: *Michael Williams and Marco Williams v. MGA, Inc.*, No. 1:07-CV-228

Dear Mr. Newman:

I write pursuant to Rule 11 of the Federal Rules of Civil Procedure seeking the withdrawal of Plaintiffs Michael Williams and Marco Williams' Complaint against United Parcel Service, Inc. ("UPS"). This suit marks the seventh suit filed against UPS based on essentially-identical allegations. Multiple courts within this Circuit and the United States Court of Appeals for the Eleventh Circuit have determined that these allegations are insufficient to state a claim upon which relief may be granted. This suit is, therefore, frivolous in that it lacks legal and factual bases and is filed in bad faith for the improper purpose of harassing UPS.

UPS plans to file the enclosed Motion for Sanctions Pursuant to Rule 11 with the Court unless Plaintiffs withdraw their Complaint within 21 days of this letter. The reasons for our motion are set forth in the accompanying Brief in Support of Motion for Sanctions Pursuant to Rule 11, enclosed herewith.

We realize that a Rule 11 motion carries significant implications, and we assure you that we have not taken this action lightly. However, the lack of factual and legal bases for this suit cannot be ignored. Should you not withdraw Plaintiffs' RICO claim by June 8, 2007, UPS will seek all available remedies under Rule 11(c), including attorneys' fees, costs, dismissal of this action with prejudice, and non-monetary remedies sufficient to deter you from filing such lawsuits in the future.

*Mr. Malcolm Newman*
*May 18, 2007*
*Page 2*

Very truly yours,

Alan C. Livingston

ACL/ss

# EXHIBIT 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): R. Zareen  C. Date of Delivery: 5-31-07 |
| 1. Article Addressed to:<br><br>Malcolm R. Newman<br>P.O. Box 6137<br>Dothan, AL 36302-6137 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label): 7006 3450 0003 8510 3056 | |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-154

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alan C. Livingston
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302

# EXHIBIT 1

LAW OFFICES

# LEE & McINISH, P.C.

WILLIAM L. LEE, III
ALAN C. LIVINGSTON
WILLIAM C. CARN, III
PETER A. McINISH
WILLIAM L. LEE, IV
WILLIAM W. NICHOLS

238 WEST MAIN STREET
DOTHAN, ALABAMA 36301

MAILING ADDRESS
POST OFFICE BOX 1665
DOTHAN, ALABAMA 36302

Writer's Direct Dial Number:
(334) 836-1021

May 18, 2007

W. L. LEE (1873-1944)
ALTO V. LEE, III (1915-1987)
HUEY D. McINISH (1923-1999)

PHONE (334) 792-4156
FAX (334) 794-8342

Writer's E-Mail Address:
alivingston@leeandmcinish.com

Mr. Malcolm R. Newman
*Malcolm R. Newman, P.C.*
P.O. Box 6137
Dothan, AL 36302-6137

    Re: *Michael Williams and Marco Williams v. MGA, Inc.*, No. 1:07-CV-228

Dear Mr. Newman:

    I write pursuant to Rule 11 of the Federal Rules of Civil Procedure seeking the withdrawal of Plaintiffs Michael Williams and Marco Williams' Complaint against United Parcel Service, Inc. ("UPS"). This suit marks the seventh suit filed against UPS based on essentially-identical allegations. Multiple courts within this Circuit and the United States Court of Appeals for the Eleventh Circuit have determined that these allegations are insufficient to state a claim upon which relief may be granted. This suit is, therefore, frivolous in that it lacks legal and factual bases and is filed in bad faith for the improper purpose of harassing UPS.

    UPS plans to file the enclosed Motion for Sanctions Pursuant to Rule 11 with the Court unless Plaintiffs withdraw their Complaint within 21 days of this letter. The reasons for our motion are set forth in the accompanying Brief in Support of Motion for Sanctions Pursuant to Rule 11, enclosed herewith.

    We realize that a Rule 11 motion carries significant implications, and we assure you that we have not taken this action lightly. However, the lack of factual and legal bases for this suit cannot be ignored. Should you not withdraw Plaintiffs' RICO claim by June 8, 2007, UPS will seek all available remedies under Rule 11(c), including attorneys' fees, costs, dismissal of this action with prejudice, and non-monetary remedies sufficient to deter you from filing such lawsuits in the future.

Mr. Malcolm Newman
May 18, 2007
Page 2

Very truly yours,

Alan C. Livingston

ACL/ss

**EXHIBIT 2**

| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ | ☐ Agent<br>☐ Addressee |
| | B. Received by ( *Printed Name* )<br>K. Zareen | C. Date of Delivery<br>5-31-07 |
| 1. Article Addressed to:<br><br>Malcolm R. Newman<br>P.O. Box 6137<br>Dothan, AL 36302-6137 | D. Is delivery address different from item 1? ☐ Yes<br>    If YES, enter delivery address below: ☐ No | |
| | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. | |
| | 4. Restricted Delivery? *(Extra Fee)* | ☐ Yes |
| 2. Article Number      7006 3450 0003 8510 3056<br>   *(Transfer from service label)* | | |
| PS Form 3811, February 2004 | Domestic Return Receipt | 102595-02-M-154 |

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Alan C. Livingston
Lee & McInish, P.C.
P.O. Box 1665
Dothan, AL 36302

B018