IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-228-MEF |
| ) | |
| MGA, INC., *et al.,* ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

Upon consideration of the defendant's Motion for Sanctions (Doc. #35) filed on June 15, 2007, it is hereby

ORDERED that the plaintiffs show cause in writing on or before June 27, 2007 as to why the motion should not be granted.

DONE this the 19th day of June, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE