IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | CASE NO. 2:07-cv-228-MEF |
| ) | |
| MGA, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

It is hereby ORDERED that a status conference is set in this case for September 26, 2007 at 10:00 A.M. at the Federal Courthouse in Dothan, Alabama. The parties should be prepared to argue all pending motions in this case.

DONE this the 29th day of August, 2007.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE