IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL WILLIAMS *et al.*,      )
                                )
          Plaintiffs,           )
                                )
v.                              )      CASE NO. 1:07-cv-228-MEF
                                )
MGA, INC. *et al.*,             )
                                )
          Defendants.           )

## ORDER

Upon consideration of the Suggestion of Bankruptcy filed on October 18, 2007 (Doc.

# 41), it is hereby

ORDERED that any party shall show cause, if any there be, on or before November

27, 2007, why the attached order should not be entered.

DONE this the 14th day of November, 2007.

_____/s/ Mark E. Fuller_____
CHIEF UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

MICHAEL WILLIAMS *et al.*,            )
                                      )
        Plaintiffs,                   )
                                      )
v.                                    )        CASE NO. 1:07-cv-228-MEF
                                      )
MGA, INC. *et al.*,                   )
                                      )
        Defendants.                   )

## ORDER

With Defendant, MGA, Inc., having filed a Petition in Bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the court:

1.    Defendant, MGA, Inc. is hereby DISMISSED without prejudice from the above-styled case.  Any party has the right to petition to reinstate this action to pursue any claim embraced herein not adjudicated in or discharged by proceedings in the bankruptcy court;

2.    Such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action;

3.    Any petition for reinstatement must be filed by a party within 60 days after the bankruptcy court has taken such action that entitles that party to seek reinstatement; and

The Clerk of the Court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE on this day of November, 2007.

                                      /s/ Mark E. Fuller

                             CHIEF UNITED STATES DISTRICT JUDGE