IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:07-cv-228-MEF |
| ) | |
| MGA, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**ITEMIZED AND VERIFIED REPORT OF EXPENSES OF DEFENDANT
<u>SELECT MEDIA SERVICES, LLC</u>**

Pursuant to this Court's Memorandum Opinion and Order of February 27, 2008, Defendant Select Media Services, LLC, ("Select Media") submits the following itemized and verified report of its expenses in defending the above-styled matter:

1. Select Media's primary expense in defending this matter has been the payment of attorneys' fees. Select Media is represented by two law firms in this matter: Spotswood, Sansom & Sansbury, LLC, and Skadden, Arps, Slate, Meagher & Flom, LLP.

2. Select Media has incurred $11,748 in fees with Spotswood, Sansom & Sansbury, LLC, of which $10,770.14 have been paid. Those fees fall into the following categories:

| | |
|---|---:|
| Preliminary Analysis of the Complaint | $ 1,877.00 |
| Preparation and Filing of Notice of Related Case | $ 628.50 |
| Preparation and Filing of Corporate Disclosure Statement | $ 270.00 |
| Preparation and Filing of Motion to Dismiss | $ 1,744.00 |
| Preparation and Filing of Motion for Sanctions | $ 2,475.50 |
| Preparation and Filing of MTD Reply | $ 1,289.50 |
| Preparation for and Participation in MTD Hearing | $ 2,452.50 |
| Review of Dismissal Order | $ 381.00 |
| Preparation of Itemization of Fees and Expenses | $ 630.00 |

3.  In addition, Select Media has reimbursed Spotswood, Sansom & Sansbury, LLC, for $374.22 in expenses. Those expenses fall into the following categories:

| | |
|---|---|
| WestLaw Expenses | $ 44.40 |
| PACER Expenses | $ 30.24 |
| Lodging Expenses | $ 90.19 |
| Mileage Expenses | $ 189.15 |
| Telephone Expenses | $ 20.24 |

4.  Select Media has also incurred $1,596.00 in fees with Skadden, Arps, Slate, Meagher & Flom, LLP, all of which has been paid. Those fees fall into the following categories:

| | |
|---|---|
| Analysis of the Complaint and Briefing | $ 1225.00 |
| Legal Assistant File Management | $ 371.00 |

5.  In addition, Select Media has reimbursed Skadden, Arps, Slate, Meagher & Flom, LLP, for $103.00 in expenses. Those expenses fall into the following categories:

| | |
|---|---|
| WestLaw Expenses | $ 92.00 |
| PACER Expenses | $ 9.00 |
| Telephone Expenses | $ 2.00 |

6.  The combined total of fees and expenses incurred by Select Media is $13,821.22, of which $12,843.36 have been paid.

7.  The verification of this motion is attached hereto as Exhibit A.

DATED: March 10, 2008.

        Respectfully submitted,

        s/ Michael T. Sansbury
        Robert K. Spotswood (SPO 001)
        Michael T. Sansbury (SAN 054)
        SPOTSWOOD SANSOM & SANSBURY LLC
        940 Concord Center
        2100 Third Avenue North
        Birmingham, Alabama 35213
        Telephone: (205) 986-3620
        Fax: (205) 986-3639
        E-mail:    rks@spotswoodllc.com
                      msansbury@spotswoodllc.com

        *Attorneys for Select Media Services, LLC*

## CERTIFICATE OF SERVICE

  I hereby certify that, on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman, Esq.
**MALCOLM R. NEWMAN ATTORNEY PC**
219 West Crawford St.
Dothan, AL 36301
E-mail:  mnewman470@aol.com

Jeffrey M. Grantham, Esq.
Jeffrey A. Lee, Esq.
John Thomas A. Malatesta III, Esq.
**MAYNARD COOPER & GALE PC**
AmSouth Harbert Plaza, Suite 2400
1901 6th Ave. N.
Birmingham, AL 35203
E-mail:  jgrantham@maynardcooper.com
    jlee@mcglaw.com
    jmalatesta@maynardcooper.com

Betsy Palmer Collins, Esq.
**ALSTON & BIRD**
1201 W Peachtree St. NW
One Atlantic Center
Atlanta, GA 30309
E-mail:  bcollins@alston.com

Alan Carpenter Livingston
**LEE & MCINISH, PC**
PO Box 1665
Dothan, AL 36302-1665
E-mail:  alivingston@leeandmcinish.com

            s/ Michael T. Sansbury
            OF COUNSEL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS, et al., | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Case No. 1:07-cv-228-MEF |
| MGA, INC., et al., | ) ) ) |
| Defendants. | ) ) ) |

VERIFICATION OF ITEMIZED AND VERIFIED REPORT OF EXPENSES OF
DEFENDANT SELECT MEDIA SERVICES, LLC

STATE OF GEORGIA       )
                       )
COUNTY OF GWINNETT )

I have reviewed the Itemized and Verified Report of Expenses of Defendant Select Media Services, LLC, and I swear, under penalty of perjury, that the information contained therein is true and correct.

Dated: March 10, 2008

_/s/ Susan Cobb_
Susan Cobb, Controller, Select Media