IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLAMS AND<br>MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>    Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES, LLC,<br>MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CASE NO. 1:07-CV-228-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF FILING DECLARATION OF FEES AND COSTS OF ALSTON & BIRD LLP

Pursuant to the Court's request in its Memorandum Opinion and Order dated February 27, 2008, counsel for Defendant United Parcel Service, Inc. ("UPS") hereby submits the attached Declaration of Betsy P. Collins of Alston & Bird LLP regarding fees and costs related to this matter billed by Ms. Collins' firm.

- 2 -

Respectfully submitted, this 10th day of March, 2008.

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama 36301
Phone:     (334) 792-4156
Facsimile: (334) 794-8342

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone:     (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendant
United Parcel Service, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Malcolm R. Newman
Malcolm R. Newman, P.C.
P. O. Box 6137
Dothan, AL  36302

Jeffrey M. Grantham
Jeffrey Allen Lee
John T. A. Malatesta, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL  35203

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL  35203

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama  36301
Phone:    (334) 792-4156
Facsimile: (334) 794-8342

LEGAL02/30730163v2