IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLAMS AND<br>MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:07-CV-228-MEF |
| | ) | |
| MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES, LLC,<br>MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF FILING DECLARATION OF FEES AND COSTS OF ALSTON & BIRD LLP

Pursuant to the Court's request in its Memorandum Opinion and Order dated February 27, 2008, counsel for Defendant United Parcel Service, Inc. ("UPS") hereby submits the attached Declaration of Betsy P. Collins of Alston & Bird LLP regarding fees and costs related to this matter billed by Ms. Collins' firm.

Respectfully submitted, this 10th day of March, 2008.

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama 36301
Phone:     (334) 792-4156
Facsimile:  (334) 794-8342

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone:     (404) 881-7000
Facsimile:  (404) 881-7777

Attorneys for Defendant
United Parcel Service, Inc.

LEGAL02/30730163v2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system, which will send notification of such filing to the

following:

Malcolm R. Newman
Malcolm R. Newman, P.C.
P. O. Box 6137
Dothan, AL  36302

Jeffrey M. Grantham
Jeffrey Allen Lee
John T. A. Malatesta, III
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Birmingham, AL  35203

Robert K. Spotswood
Michael T. Sansbury
Spotswood Sansom & Sansbury LLC
2100 Third Avenue, North
Concord Center, Suite 940
Birmingham, AL  35203

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama  36301
Phone:      (334) 792-4156
Facsimile:  (334) 794-8342

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL WILLIAMS<br>AND MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES,<br>LLC, MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:07-CV-228-MEF |

## DECLARATION OF BETSY P. COLLINS

1.    My name is Betsy P. Collins.  I am over twenty-one years of age, and I am

competent to give this testimony.  I have personal knowledge of the facts set forth

in this declaration, and the following statements are true and correct.

2.    I am a partner at Alston & Bird LLP and counsel for the defendant, United Parcel

Service, Inc. ("UPS").  I am providing this declaration in response to the Court's

request that UPS provide evidence of its expenses in this action.

3.    In connection with the defense of this matter between its inception and February

1, 2008, and as documented in Exhibit 1, UPS has incurred legal fees in the

amount of $24,474.35 and litigation costs in the amount of $105.25 from Alston

& Bird.  These totals exclude include fees and expenses for UPS' local counsel,

Lee & McInish Attorneys, P.C., which were paid by Alston & Bird as

disbursements and submitted on these statements to UPS as costs, but are separately described in the Declaration of Alan C. Livingston also submitted today to the Court.

4.    My firm's fees listed above are based on Alston & Bird's hourly rates and costs, which have been discounted for UPS.  I hereby certify that Exhibit 1 to this declaration contains the actual monthly bills with time entries, altered as described below, reflecting the fee and cost amounts that Alston & Bird has charged UPS in this matter through February 1, 2008.  Alston & Bird's hourly rates and costs are reasonable and customary, and the fees and costs detailed in Exhibit 1 were actually and necessarily incurred in defending this action.  UPS has paid in full all of these invoices submitted Alston & Bird, with the exception of the statement dated February 26, 2008, which is pending.  A statement for fees incurred during February 2008 totaling $201.57 has not yet been submitted to UPS for payment.

5.    Exhibit 1 has been redacted to remove descriptions within billable time entries that are protected by the attorney-client privilege and/or attorney work product doctrine.  If requested by the Court, we can provide unredacted copies for *in camera* inspection.

6.    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008.

Betsy P. Collins

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

April 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10139549
STEVEN ENSOR

## INVOICE SUMMARY

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,511.00 |
| Less Discount | (210.03) |
| Services Billed | $1,300.97 |
| Other Charges | 0.00 |
| **Invoice Total** | **$1,300.97** |

*TERMS: DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

April 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10139549
STEVEN ENSOR

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 03/16/2007 | ADAM BIEGEL | 0.40 | Conference with Rebecca Crawford regarding new matter; reviewing pleading. |
| 03/20/2007 | ADAM BIEGEL | 0.40 | Conferences with Cari Dawson and Rebecca Crawford regarding ███████████████████████ |
| 03/20/2007 | REBECCA CRAWFORD | 1.10 | Review PACER website for information regarding service of process; review Alabama Secretary of state records regarding notification of change of agent; conference with Adam Biegel and Cari Dawson regarding ███████████████████ ██████████ telephone conference with JT Malatesta regarding Rule 11 letter and response strategy. |
| 03/20/2007 | CARI DAWSON | 0.50 | Follow up with Rebecca Crawford regarding Rule 11 letter and response date to complaint. |
| 03/22/2007 | REBECCA CRAWFORD | 0.10 | Correspond with Joint Defense Group regarding strategy conference call. |
| 03/23/2007 | REBECCA CRAWFORD | 0.20 | Review correspondence from Joint Defense Group regarding conference call; correspond with library regarding Rule 11 case law. |
| 03/23/2007 | JED CRIDLAND | 0.60 | Printed cases for Rebecca Crawford. |
| 03/27/2007 | REBECCA CRAWFORD | 0.10 | Monitor PACER website for status of service of process on United Parcel Service, Inc. |
| 03/28/2007 | REBECCA CRAWFORD | 1.20 | Telephone conference with Joint Defense Group regarding responses, ████████████████████, and sanctions; review PACER website for notice of service; correspond with Cari Dawson and Adam Biegel regarding status conference and strategy. |

# ALSTON&BIRD LLP

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| ADAM BIEGEL | 0.80 | 353.00 | 282.40 |
| CARI DAWSON | 0.50 | 430.50 | 215.25 |
| REBECCA CRAWFORD | 2.70 | 266.91 | 720.66 |
| JED CRIDLAND | 0.60 | 137.77 | 82.66 |
| | **4.60** | | **$1,300.97** |

| | |
|---|---|
| Subtotal for Services | $1,511.00 |
| Less Discount | (210.03) |
| Subtotal Fees | $1,300.97 |
| Subtotal Other Charges | 0.00 |
| **Total This Invoice** | **$1,300.97** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

April 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10139549
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,511.00 |
| Less Discount | (210.03) |
| Services Billed | $1,300.97 |
| Other Charges | 0.00 |
| **Invoice Total** | **$1,300.97** |

REMITTANCE COPY

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

May 24, 2007
Client: 018360
Matter: 326090
Invoice #: 10146551
STEVEN ENSOR

## INVOICE SUMMARY

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $5,885.50 |
| Less Discount | (818.08) |
| Services Billed | $5,067.42 |
| Other Charges | 19.70 |
| **Invoice Total** | **$5,087.12** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

May 24, 2007
Client: 018360
Matter: 326090
Invoice #: 10146551
STEVEN ENSOR

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|------------|-------|-------------|
| 04/02/2007 | REBECCA CRAWFORD | 0.50 | Review Notice of Related Case filed by Select Media Services; review PACER website for new filings and for service of process; conference with Cari Dawson regarding ███████████ |
| 04/02/2007 | CARI DAWSON | 0.20 | Update from R. Crawford regarding ███████████. |
| 04/03/2007 | REBECCA CRAWFORD | 0.30 | Correspond with Norm Brothers regarding ███████████ |
| 04/03/2007 | CARI DAWSON | 0.20 | Review update regarding litigation strategy and Rule 11 Motion. |
| 04/12/2007 | REBECCA CRAWFORD | 0.20 | Correspond with Norm Brothers regarding ███████████; telephone call and message to Alan Livingston to discuss matter. |
| 04/12/2007 | CARI DAWSON | 0.20 | E-mail update regarding service; follow up regarding Rule 11 Motion. |
| 04/13/2007 | REBECCA CRAWFORD | 0.20 | Conference with local counsel Alan Livingston regarding matter and deadlines for response to Complaint. |
| 04/20/2007 | KAREN OTTEN | 0.10 | Communication regarding calendaring Preliminary CIER. |
| 04/24/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding Motion to Dismiss. |
| 04/24/2007 | REBECCA CRAWFORD | 0.40 | Research regarding Rule 11 Motion. |
| 04/24/2007 | REBECCA CRAWFORD | 0.40 | Draft Motion to Dismiss. |
| 04/24/2007 | CARI DAWSON | 0.20 | Follow up with Rebecca Crawford regarding Rule 11 Motion. |
| 04/25/2007 | ADAM BIEGEL | 1.50 | Reviewing and editing Motion to Dismiss; conference with Rebecca Crawford regarding same. |
| 04/25/2007 | REBECCA CRAWFORD | 3.80 | Draft to Motion to Dismiss; conference with Adam Biegel regarding Motion to Dismiss. |
| 04/26/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding Motion to Dismiss. |
| 04/26/2007 | REBECCA CRAWFORD | 1.50 | Research regarding Rule 11 Sanctions. |
| 04/26/2007 | REBECCA CRAWFORD | 1.60 | Revise Motion to Dismiss per Adam Biegel's comments. |

May 24, 2007
Client: 018360
Matter: 326090

# ALSTON&BIRD LLP

Page 3 of 4
Invoice #: 10146551

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 04/27/2007 | SUSAN BARKOFF | 1.90 | Level 3 cite check of brief. (R. Crawford) |
| 04/27/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding issues related to Motion to Dismiss. |
| 04/27/2007 | REBECCA CRAWFORD | 1.50 | Prepare Rule 11 Motion. |
| 04/28/2007 | REBECCA CRAWFORD | 1.00 | Review library cite check and cases for Motion to Dismiss. |
| 04/30/2007 | REBECCA CRAWFORD | 2.00 | Proof edits to Motion to Dismiss; correspond with Alan Livingston regarding filing of Motion to Dismiss; review filings of co-defendants on PACER. |
| 04/30/2007 | CARI DAWSON | 0.20 | Follow up regarding Rule 11 with Rebecca Crawford. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| ADAM BIEGEL | 2.10 | 353.01 | 741.33 |
| CARI DAWSON | 1.00 | 430.48 | 430.48 |
| REBECCA CRAWFORD | 13.40 | 266.91 | 3,576.60 |
| KAREN OTTEN | 0.10 | 163.60 | 16.36 |
| SUSAN BARKOFF | 1.90 | 159.29 | 302.65 |
| **18.50** | | | **$5,067.42** |

| | |
|---|---|
| Subtotal for Services | $5,885.50 |
| Less Discount | (818.08) |
| Subtotal Fees | $5,067.42 |

OTHER CHARGES:

| | |
|---|---|
| Document Production Charges | 19.70 |
| Subtotal Other Charges | 19.70 |
| **Total This Invoice** | **$5,087.12** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

Tax ID # 58-0137615

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

May 24, 2007
Client: 018360
Matter: 326090
Invoice #: 10146551
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $5,885.60 |
| Less Discount | (818.08) |
| Services Billed | $5,067.42 |
| Other Charges | 19.70 |
| **Invoice Total** | **$5,087.12** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

June 21, 2007
Client: 018360
Matter: 326090
Invoice #: 10152932
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $14,191.00 |
| Less Discount | (1,972.55) |
| Services Billed | $12,218.45 |
| Other Charges | 38.55 |
| **Invoice Total** | **$12,257.00** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

June 21, 2007
Client: 018360
Matter: 326090
Invoice #: 10152932
STEVEN ENSOR

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/01/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding Rule 11 strategy. |
| 05/02/2007 | REBECCA CRAWFORD | 0.20 | Review Rule 11 Motion filed by Movie Gallery. |
| 05/03/2007 | ADAM BIEGEL | 0.10 | Reviewing communications regarding case status. |
| 05/03/2007 | REBECCA CRAWFORD | 1.20 | Research regarding imposition of Rule 11 sanctions. |
| 05/04/2007 | ADAM BIEGEL | 0.20 | Communicating with Rebecca Crawford regarding Rule 11 strategy. |
| 05/04/2007 | REBECCA CRAWFORD | 2.30 | Research regarding imposition of Rule 11 sanctions. |
| 05/06/2007 | REBECCA CRAWFORD | 1.20 | Research regarding imposition of Rule 11 sanctions; draft Rule 11 motion. |
| 05/07/2007 | REBECCA CRAWFORD | 1.20 | Research regarding imposition of Rule 11 sanctions; draft Rule 11 motion. |
| 05/08/2007 | REBECCA CRAWFORD | 1.50 | Draft Rule 11 Motion. |
| 05/09/2007 | KAREN OTTEN | 0.40 | Reviewing file, confirming the due date of the Preliminary CIER, rendering assistance in the preparation of the Preliminary CIER and communicating with Rebecca Crawford regarding same. |
| 05/09/2007 | KAREN OTTEN | 0.10 | Communication with Rebecca Crawford regarding litigation budget. |
| 05/10/2007 | KAREN OTTEN | 0.40 | Assistance preparing litigation budget and communication with Rebecca Crawford regarding same. |
| 05/11/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding Rule 11 letter. |
| 05/11/2007 | REBECCA CRAWFORD | 3.00 | Draft Rule 11 Motion. |
| 05/13/2007 | REBECCA CRAWFORD | 3.80 | Research, draft and revise Rule 11 Motion. |
| 05/14/2007 | ADAM BIEGEL | 0.20 | Conferences with Rebecca Crawford regarding issues related to Rule 11 motion. |
| 05/14/2007 | REBECCA CRAWFORD | 2.00 | Revise Rule 11 Motion; correspond with Adam Biegel regarding Rule 11 Motion. |
| 05/15/2007 | ADAM BIEGEL | 0.20 | Reviewing preliminary report and budget. |

# ALSTON&BIRD LLP

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 05/15/2007 | REBECCA CRAWFORD | 1.00 | Prepare Litigation Budget. |
| 05/15/2007 | REBECCA CRAWFORD | 2.50 | Prepare Preliminary Case Investigation and Evaluation Report. |
| 05/16/2007 | ADAM BIEGEL | 0.10 | Reviewing communications regarding Rule 11 motion. |
| 05/16/2007 | REBECCA CRAWFORD | 0.50 | Correspond with Norm Brothers regarding ▮▮▮▮▮▮▮ review Plaintiff's Response to UPS' Motion to Dismiss; draft summary of cases. |
| 05/16/2007 | KAREN OTTEN | 0.10 | Communication with Rebecca Crawford regarding finalized preliminary report and budget sent to UPS. |
| 05/17/2007 | ADAM BIEGEL | 0.60 | Editing memo requested by Norm Brother regarding ▮▮▮▮▮▮▮▮▮▮▮▮ conference with Rebecca Crawford regarding same. |
| 05/17/2007 | ADAM BIEGEL | 1.80 | Conferences with Rebecca Crawford regarding issues related to Rule 11 motion; editing same. |
| 05/17/2007 | REBECCA CRAWFORD | 4.50 | Prepare status update ▮▮▮▮▮▮▮▮▮▮; revise status update pursuant to Adam Biegel's comments; correspond with Norm Brothers regarding ▮▮▮▮▮▮▮ |
| 05/17/2007 | REBECCA CRAWFORD | 2.20 | Draft and revise Rule 11 Motion; confer with Adam Biegel regarding revisions to Rule 11 Motion. |
| 05/18/2007 | ADAM BIEGEL | 0.60 | Editing Rule 11 motion; conference with Rebecca Crawford regarding same. |
| 05/18/2007 | REBECCA CRAWFORD | 5.10 | Revise Rule 11 Motion pursuant to Adam Biegel's comments; correspond with Norm Brothers regarding ▮▮▮▮▮▮▮▮▮▮▮▮ ; correspond with library regarding library cite check and revisions; gather exhibits to Rule 11 Motion; draft letter to Malcolm Newman regarding Rule 11 Motion; conference with local counsel Alan Livingston regarding service of Rule 11 Motion. |
| 05/18/2007 | REBECCA CRAWFORD | 1.00 | Review Plaintiffs' response to UPS' Motion to Dismiss; outline Reply Brief. |
| 05/20/2007 | REBECCA CRAWFORD | 0.70 | Prepare Reply Brief in Support of Motion to Dismiss. |
| 05/21/2007 | ADAM BIEGEL | 0.30 | Editing reply brief regarding motion to dismiss. |
| 05/21/2007 | REBECCA CRAWFORD | 2.30 | Review newly-issued Supreme Court opinion, Twombly, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ conference with Adam Biegel regarding Reply Brief; correspond with local counsel regarding filing of Reply Brief in support of Motion to Dismiss; draft Reply Brief. |
| 05/21/2007 | DEBORAH ROBINSON | 0.20 | Official cite for new opinion in Bell Atlantic Corp. v. Twombly for Rebecca Crawford. |
| 05/22/2007 | ADAM BIEGEL | 0.60 | Editing reply brief regarding motion to dismiss. |
| 05/22/2007 | REBECCA CRAWFORD | 2.10 | Draft Reply Brief in Support of Motion to Dismiss; revise brief pursuant to Adam Biegel comments; correspond with local counsel regarding review and filing of Reply Brief. |

June 21, 2007
Client: 018360
Matter: 326090

# ALSTON&BIRD LLP

Page 4 of 5
Invoice #: 10152932

---

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| ADAM BIEGEL | 5.10 | 353.01 | 1,800.34 |
| REBECCA CRAWFORD | 38.30 | 266.91 | 10,222.66 |
| KAREN OTTEN | 1.00 | 163.59 | 163.59 |
| DEBORAH ROBINSON | 0.20 | 159.30 | 31.86 |
| **44.60** | | | **$12,218.45** |

| | |
|---|---|
| Subtotal for Services | $14,191.00 |
| Less Discount | (1,972.55) |
| Subtotal Fees | $12,218.45 |

OTHER CHARGES:

| | |
|---|---|
| Long Distance Telephone Charges | 4.55 |
| Postage Charges | 18.80 |
| Document Production Charges | 15.20 |
| Subtotal Other Charges | 38.55 |

| | |
|---|---|
| **Total This Invoice** | **$12,257.00** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

June 21, 2007
Client: 018360
Matter: 326090
Invoice #: 10152932
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $14,152.00 |
| Less Discount | (1,972.55) |
| Services Billed | $12,218.45 |
| Other Charges | 38.55 |
| **Invoice Total** | **$12,257.00** |

REMITTANCE COPY

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

July 26, 2007
Client: 018360
Matter: 326090
Invoice #: 10161816 .
STEVEN ENSOR

## INVOICE SUMMARY

Re:  Michael Williams and Marco Williams
     LCOM200790470
     d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $649.00 |
| Less Discount | (90.21) |
| Services Billed | $558.79 |
| Other Charges | 1,220.18 |
| **Invoice Total** | **$1,778.97** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

July 26, 2007
Client: 018360
Matter: 326090
Invoice #: 10161816
STEVEN ENSOR

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 06/04/2007 | REBECCA CRAWFORD | 0.10 | Correspond with local counsel Alan Livingston regarding ███████ ███████ |
| 06/13/2007 | REBECCA CRAWFORD | 0.40 | Review filings on PACER; correspond with Alan Livingston regarding filing of Rule 11 Motion. |
| 06/14/2007 | ADAM BIEGEL | 0.10 | Conference with Rebecca Crawford re Rule 11 Motion. |
| 06/14/2007 | REBECCA CRAWFORD | 0.60 | Conference with Adam Biegel regarding filing of Rule 11 Motion; prepare Rule 11 Motion for filing; correspond with Alan Livingston regarding filing of Rule 11 Motion. |
| 06/15/2007 | REBECCA CRAWFORD | 0.20 | Revise motion for sanctions and memorandum t███████ ████; correspond with local counsel Alan Livingston regarding filing of motion and memorandum. |
| 06/25/2007 | KAREN OTTEN | 0.20 | Communication regarding quarterly reporting. |
| 06/28/2007 | REBECCA CRAWFORD | 0.10 | Review correspondence from local counsel Alan Livingston regarding Plaintiff's response to UPS's Rule 11 Motion. |
| 06/28/2007 | KAREN OTTEN | 0.30 | Assistance preparing quarterly case investigation and evaluation report. |
| 06/29/2007 | ADAM BIEGEL | 0.10 | Coordinating preparations for quarterly status report. |
| 06/29/2007 | KAREN OTTEN | 0.20 | Communication with Rebecca Crawford regarding quarterly report. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| ADAM BIEGEL | 0.20 | 353.05 | 70.61 |
| REBECCA CRAWFORD | 1.40 | 266.90 | 373.66 |
| KAREN OTTEN | 0.70 | 163.60 | 114.52 |
| | **2.30** | | **$558.79** |

July 26, 2007
Client: 018360
Matter: 326090

# ALSTON&BIRD LLP

Page 3 of 4
Invoice #: 10161816

---

| | |
|---|---|
| Subtotal for Services | $649.00 |
| Less Discount | (90.21) |
| Subtotal Fees | $558.79 |

**OTHER CHARGES:**

| | | |
|---|---|---|
| | Long Distance Telephone Charges | 0.70 |
| | Document Production Charges | 4.50 |
| 06/13/2007 / / | AP - Professional Services - - Lee & McInish PC - Invoice dated 5/23/07; Legal Services Bank ID: 11 Check Number: 109337 | 1,203.78 |
| 05/29/2007 | Practice Support - Document Imaging Practice Support Scan to PDF REQ BY: CRAWFORD REBECCA | 11.20 |
| Subtotal Other Charges | | 1,220.18 |

| | |
|---|---|
| **Total This Invoice** | **$1,778.97** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

July 26, 2007
Client: 018360
Matter: 326090
Invoice #: 10161816
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:  Michael Williams and Marco Williams
     LCOM200790470
     d/b/a First Choice Video

| | |
|---|---:|
| Services Rendered | $649.00 |
| Less Discount | (90.21) |
| Services Billed | $558.79 |
| Other Charges | 1,220.18 |
| **Invoice Total** | **$1,778.97** |

REMITTANCE COPY

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges. which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10168102
STEVEN ENSOR

## INVOICE SUMMARY

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,333.00 |
| Less Discount | (185.29) |
| Services Billed | $1,147.71 |
| Other Charges | 0.80 |
| **Invoice Total** | **$1,148.51** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

August 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10168102
STEVEN ENSOR

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 07/02/2007 | REBECCA CRAWFORD | 0.40 | Review Middle District of Alabama rules regarding reply in support of Motion for Sanctions; review response to Motion for Sanctions. |
| 07/03/2007 | ADAM BIEGEL | 0.30 | Conference with Rebecca Crawford regarding issues related to potential reply brief re Rule 11 motion. |
| 07/03/2007 | REBECCA CRAWFORD | 0.70 | Conference with Adam Biegel regarding Plaintiff's response to UPS's Motion for Sanctions; correspond with JT Malatesta, counsel for Movie Gallery, and Michael Sansbury, counsel for Select Media Services, regarding Plaintiff's response to co-defendants' Motion for Sanctions. |
| 07/03/2007 | KAREN OTTEN | 0.40 | Assistance updating litigation budget and communication with Rebecca Crawford regarding same. |
| 07/04/2007 | REBECCA CRAWFORD | 0.30 | Draft correspondence to Norm Brothers regarding ▆▆▆▆▆ |
| 07/05/2007 | REBECCA CRAWFORD | 0.30 | Correspond with Norm Brothers regarding ▆▆▆▆▆▆▆▆ ▆▆▆▆▆ |
| 07/09/2007 | REBECCA CRAWFORD | 0.90 | Prepare Quarterly Case Investigation and Evaluation Report. |
| 07/10/2007 | ADAM BIEGEL | 0.30 | Reviewing and editing materials related to submission of litigation status reports. |
| 07/10/2007 | REBECCA CRAWFORD | 0.60 | Prepare litigation budget for matter. |
| 07/26/2007 | KAREN OTTEN | 0.10 | Communication regarding 7/10/2007 quarterly report. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| ADAM BIEGEL | 0.60 | 353.02 | 211.81 |
| REBECCA CRAWFORD | 3.20 | 266.91 | 854.11 |
| KAREN OTTEN | 0.50 | 163.58 | 81.79 |

# ALSTON&BIRD LLP

|  | 4.30 | $1,147.71 |
|---|---|---|
| Subtotal for Services |  | $1,333.00 |
| Less Discount |  | (185.29) |
| Subtotal Fees |  | $1,147.71 |
| OTHER CHARGES: |  |  |
| Document Production Charges | 0.80 |  |
| Subtotal Other Charges |  | 0.80 |
| **Total This Invoice** |  | **$1,148.51** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

August 23, 2007
Client: 018360
Matter: 326090
Invoice #: 10168102
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,333.00 |
| Less Discount | (185.29) |
| Services Billed | $1,147.71 |
| Other Charges | 0.80 |
| **Invoice Total** | **$1,148.51** |

REMITTANCE COPY

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges which either have not been received or processed, will appear on a later statement

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10174972
STEVEN ENSOR

## INVOICE SUMMARY

Re:  Michael Williams and Marco Williams
LCOM200790470
d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $62.00 |
| Less Discount | (8.62) |
| Services Billed | $53.38 |
| Other Charges | 0.35 |
| **Invoice Total** | **$53.73** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10174972
STEVEN ENSOR

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 08/17/2007 | REBECCA CRAWFORD | 0.10 | Review PACER website to check status of filings. |
| 08/30/2007 | REBECCA CRAWFORD | 0.10 | Review local counsel bill. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| REBECCA CRAWFORD | 0.20 | 266.90 | 53.38 |
| | **0.20** | | **$53.38** |

| | |
|---|---|
| Subtotal for Services | $62.00 |
| Less Discount | (8.62) |
| Subtotal Fees | $53.38 |

OTHER CHARGES:

| | | |
|---|---|---|
| Long Distance Telephone Charges | 0.35 | |
| Subtotal Other Charges | | 0.35 |
| **Total This Invoice** | | **$53.73** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

September 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10174972
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Michael Williams and Marco Williams
         LCOM200790470
         d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $62.00 |
| Less Discount | (8.62) |
| Services Billed | $53.38 |
| Other Charges | 0.35 |
| **Invoice Total** | **$53.73** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

October 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10182154
STEVEN ENSOR

## INVOICE SUMMARY

Re:  Michael Williams and Marco Williams
LCOM200790470
d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,362.00 |
| Less Discount | (189.32) |
| Services Billed | $1,172.68 |
| Other Charges | 596.17 |
| **Invoice Total** | **$1,768.85** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

# ALSTON&BIRD LLP

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10182154
STEVEN ENSOR

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|---|---|---|---|
| 09/05/2007 | ADAM BIEGEL | 0.10 | Communicating with Rebecca Crawford regarding issues related to court conference. |
| 09/05/2007 | BETSY COLLINS | 0.20 | Communications with Rebecca Crawford regarding hearing. |
| 09/05/2007 | REBECCA CRAWFORD | 0.30 | Review order setting status conference; correspond with Cari Dawson and Adam Biegel regarding ███████████ ██████████ |
| 09/05/2007 | CARI DAWSON | 0.30 | Exchange of numerous email regarding status conference and pending motions. |
| 09/06/2007 | REBECCA CRAWFORD | 0.30 | Conference with Susie Stanley in office of local counsel, Alan Livingston, regarding status conference; correspond with Susie Stanley and Adam Biegel regarding status conference. |
| 09/10/2007 | BETSY COLLINS | 0.20 | Receipt and review correspondence from Rebecca Crawford regarding hearing. |
| 09/10/2007 | REBECCA CRAWFORD | 0.40 | Conference with Alan Livingston regarding oral argument on motions at status conference; correspond with Betsy Collins regarding status conference. |
| 09/14/2007 | REBECCA CRAWFORD | 0.20 | Conference with Adam Biegel regarding ███████████ ███████████ |
| 09/15/2007 | REBECCA CRAWFORD | 0.80 | Draft ███████████████████████████████ |
| 09/25/2007 | ADAM BIEGEL | 0.20 | Reviewing communications related to sanctions hearing. |
| 09/27/2007 | ADAM BIEGEL | 0.20 | Reviewing communications regarding sanctions motion. |
| 09/28/2007 | ADAM BIEGEL | 0.30 | Communicating with local counsel regarding issues related to sanctions motion; reviewing relevant materials. |
| 09/30/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding status of sanctions motion. |

# ALSTON&BIRD LLP

---

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|---|---|---|---|
| ADAM BIEGEL | 1.00 | 353.01 | 353.01 |
| BETSY COLLINS | 0.40 | 391.78 | 156.71 |
| CARI DAWSON | 0.30 | 430.47 | 129.14 |
| REBECCA CRAWFORD | 2.00 | 266.91 | 533.82 |
| | **3.70** | | **$1,172.68** |

| | |
|---|---|
| Subtotal for Services | $1,362.00 |
| Less Discount | (189.32) |
| Subtotal Fees | $1,172.68 |

OTHER CHARGES:

| | | |
|---|---|---|
| | Long Distance Telephone Charges | 0.35 |
| | Document Production Charges | 18.00 |
| 09/11/2007 / / | AP - Local Counsel Fees - - Lee & McInish PC -  Local counsel fees Bank ID: 11 Check Number: 115503 | 577.82 |

| | |
|---|---|
| Subtotal Other Charges | 596.17 |
| **Total This Invoice** | **$1,768.85** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

October 25, 2007
Client: 018360
Matter: 326090
Invoice #: 10182154
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,362.00 |
| Less Discount | (189.32) |
| Services Billed | $1,172.68 |
| Other Charges | 596.17 |
| **Invoice Total** | **$1,768.85** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 20, 2007
Client: 018360
Matter: 326090
Invoice #: 10187912
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,666.00 |
| Less Discount | (231.57) |
| Services Billed | $1,434.43 |
| Other Charges | 2.60 |
| **Invoice Total** | **$1,437.03** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 20, 2007
Client: 018360
Matter: 326090
Invoice #: 10187912
STEVEN ENSOR

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/01/2007 | KAREN OTTEN | 0.30 | Review of second quarter 2007 report and communication re: third quarter 2007 report. |
| 10/02/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford re issues related to sanctions hearing. |
| 10/02/2007 | REBECCA CRAWFORD | 0.30 | Review correspondence from Alan Livingston regarding hearing on Motion to Dismiss and Motion for Sanctions; conference with Adam Biegel regarding hearing; review correspondence from Adam Biegel and joint defense group regarding hearing. |
| 10/02/2007 | KAREN OTTEN | 0.10 | Communication re: updating litigation budget. |
| 10/03/2007 | REBECCA CRAWFORD | 0.50 | Correspond with Norm Brothers regarding ████████████ ██████████████████████. |
| 10/03/2007 | CARI DAWSON | 0.20 | Update regarding hearing on sanctions. |
| 10/03/2007 | KAREN OTTEN | 0.40 | Assistance preparing updated litigation budget and communication re: same. |
| 10/08/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford re case strategy and status. |
| 10/08/2007 | REBECCA CRAWFORD | 0.80 | Prepare Quarterly Case Investigation and Evaluation Report. |
| 10/08/2007 | REBECCA CRAWFORD | 1.00 | Prepare litigation budget. |
| 10/08/2007 | KAREN OTTEN | 0.20 | Communication re: allotment for long distance telephone calls on litigation budget. |
| 10/09/2007 | ADAM BIEGEL | 0.30 | Reviewing and editing quarterly case status report and budget. |
| 10/09/2007 | REBECCA CRAWFORD | 0.10 | Correspond with Adam Biegel regarding litigation budget for matter. |
| 10/10/2007 | ADAM BIEGEL | 0.20 | Editing case status and strategy information for quarterly litigation status reports, including cover letters. |
| 10/16/2007 | KAREN OTTEN | 0.10 | Communication re: internal A&B number assigned to this LCOM matter. |
| 10/18/2007 | ADAM BIEGEL | 0.10 | Communicating with Rebecca Crawford re ████████████ ████████████████████. |

November 20, 2007
Client: 018360
Matter: 326090

# ALSTON&BIRD LLP

Page 3 of 4
Invoice #: 10187912

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 10/25/2007 | ADAM BIEGEL | 0.10 | Communicating with Rebecca Crawford re case status. |
| 10/25/2007 | REBECCA CRAWFORD | 0.10 | Review correspondence from Alan Livingston regarding bankruptcy stay. |
| 10/25/2007 | KAREN OTTEN | 0.10 | Updating quarterly report due 1/10/2008. |
| 10/25/2007 | KAREN OTTEN | 0.10 | Correcting LCOM matter # reflected on litigation budget. |

## SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|------------|-------|------|--------|
| ADAM BIEGEL | 1.10 | 352.99 | 388.29 |
| CARI DAWSON | 0.20 | 430.55 | 86.11 |
| REBECCA CRAWFORD | 2.80 | 266.91 | 747.36 |
| KAREN OTTEN | 1.30 | 163.59 | 212.67 |
| | **5.40** | | **$1,434.43** |

| | |
|---|---|
| Subtotal for Services | $1,666.00 |
| Less Discount | (231.57) |
| Subtotal Fees | $1,434.43 |

OTHER CHARGES:

| | |
|---|---|
| Document Production Charges | 2.60 |
| Subtotal Other Charges | 2.60 |
| **Total This Invoice** | **$1,437.03** |

# ALSTON&BIRD LLP

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

November 20, 2007
Client: 018360
Matter: 326090
Invoice #: 10187912
STEVEN ENSOR

### STATEMENT OF ACCOUNT

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,666.00 |
| Less Discount | (231.57) |
| Services Billed | $1,434.43 |
| Other Charges | 2.60 |
| **Invoice Total** | **$1,437.03** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA 30328

December 7, 2007
Client: 018360
Matter: 326090
Invoice #: 10191719
STEVEN ENSOR

## INVOICE SUMMARY

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $371.00 |
| Less Discount | (51.57) |
| Services Billed | $319.43 |
| Other Charges | 0.80 |
| **Invoice Total** | **$320.23** |

*TERMS: DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of: Alston & Bird LLP
Account #: 2000016952111    ABA#: 061000227    Swift Code: PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

December 7, 2007
Client: 018360
Matter: 326090
Invoice #: 10191719
STEVEN ENSOR

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 11/08/2007 | REBECCA CRAWFORD | 0.40 | Review PACER docket; review suggestion of bankruptcy for Movie Gallery. |
| 11/14/2007 | ADAM BIEGEL | 0.10 | Reviewing court order regarding impact of bankruptcy of co-defendant. |
| 11/14/2007 | REBECCA CRAWFORD | 0.30 | Review Order of Court dismissing Movie Gallery in light of suggestion of bankruptcy; correspond with Norm Brothers regarding▮▮▮ |
| 11/20/2007 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding case status. |
| 11/20/2007 | REBECCA CRAWFORD | 0.10 | Conference with Adam Biegel regarding order ▮▮▮▮▮ |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| ADAM BIEGEL | 0.30 | 353.03 | 105.91 |
| REBECCA CRAWFORD | 0.80 | 266.90 | 213.52 |
| | **1.10** | | **$319.43** |

Subtotal for Services                                                                    $371.00

Less Discount                                                                              (51.57)

Subtotal Fees                                                                             $319.43

OTHER CHARGES:

# ALSTON&BIRD LLP

---

| | |
|---|---:|
| Long Distance Telephone Charges | 0.70 |
| Document Production Charges | 0.10 |
| **Subtotal Other Charges** | 0.80 |
| | |
| **Total This Invoice** | **$320.23** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

December 7, 2007
Client: 018360
Matter: 326090
Invoice #: 10191719
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

| | |
|---|---:|
| Services Rendered | $371.00 |
| Less Discount | (51.57) |
| Services Billed | $319.43 |
| Other Charges | 0.80 |
| **Invoice Total** | **$320.23** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

Tax ID # 58-0137615

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 24, 2008
Client: 018360
Matter: 326090
Invoice #: 10200962
STEVEN ENSOR

## INVOICE SUMMARY

Re:   Michael Williams and Marco Williams
      LCOM200790470
      d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $124.00 |
| Less Discount | (17.24) |
| Services Billed | $106.76 |
| Other Charges | 2,131.77 |
| **Invoice Total** | **$2,238.53** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION

Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

**PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:**

P. O. Box 933124
Atlanta, GA 31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 24, 2008
Client: 018360
Matter: 326090
Invoice #: 10200962
STEVEN ENSOR

Re:   Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 12/27/2007 | REBECCA CRAWFORD | 0.40 | Review PACER for Court orders; correspond with Norm Brothers regarding ███████████████████████████████ |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| REBECCA CRAWFORD | 0.40 | 266.90 | 106.76 |
| | **0.40** | | **$106.76** |

| | |
|---|---|
| Subtotal for Services | $124.00 |
| Less Discount | (17.24) |
| Subtotal Fees | $106.76 |

OTHER CHARGES:

| | | |
|---|---|---|
| Document Production Charges | | 0.80 |
| 12/27/2007 / / | AP - Local Counsel Fees - - Lee & McInish PC - File # 2378 Bank ID: 11 Check Number: 122745 | 2,130.97 |
| Subtotal Other Charges | | 2,131.77 |

| | |
|---|---|
| **Total This Invoice** | **$2,238.53** |

# ALSTON&BIRD LLP

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

January 24, 2008
Client: 018360
Matter: 326090
Invoice #: 10200962
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:   Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $124.00 |
| Less Discount | (17.24) |
| Services Billed | $106.76 |
| Other Charges | 2,131.77 |
| **Invoice Total** | **$2,238.53** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 26, 2008
Client: 018360
Matter: 326090
Invoice #: 10207193
STEVEN ENSOR

## INVOICE SUMMARY

Re:    Michael Williams and Marco Williams
       LCOM200790470
       d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,271.00 |
| Less Discount | (176.67) |
| Services Billed | $1,094.33 |
| Other Charges | 6.90 |
| **Invoice Total** | **$1,101.23** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111    ABA#:  061000227    Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement.

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 26, 2008
Client: 018360
Matter: 326090
Invoice #: 10207193
STEVEN ENSOR

---

Re:  Michael Williams and Marco Williams
     LCOM200790470
     d/b/a First Choice Video

---

For services rendered on the above-referenced matter:

| DATE | TIMEKEEPER | HOURS | DESCRIPTION |
|------|-----------|-------|-------------|
| 01/02/2008 | KAREN OTTEN | 0.20 | Assistance updating quarterly report and communication with Rebecca Crawford regarding same. |
| 01/03/2008 | KAREN OTTEN | 0.40 | Assistance updating Litigation Budget and communication with Rebecca Crawford regarding same. |
| 01/06/2008 | REBECCA CRAWFORD | 0.60 | Draft Quarterly Case Investigation and Evaluation Report. |
| 01/07/2008 | REBECCA CRAWFORD | 0.70 | Prepare litigation budget. |
| 01/08/2008 | ANNETTE TEICHERT | 0.10 | Reviewed and analyzed quarterly case investigation and evaluation report to determine strategy. |
| 01/09/2008 | ADAM BIEGEL | 0.20 | Reviewing information related to quarterly case status report. |
| 01/10/2008 | ANNETTE TEICHERT | 0.80 | Reviewed quarterly report and developed strategy for resolution of case. |
| 01/22/2008 | ADAM BIEGEL | 0.20 | Conference with Rebecca Crawford regarding issues related to case status and strategy. |
| 01/22/2008 | REBECCA CRAWFORD | 0.10 | Review notice of Plaintiff's deficiency with regard to corporate disclosure statement; correspond with Adam Biegel regarding status of matter. |

SUMMARY OF SERVICES:

| Timekeeper | Hours | Rate | Amount |
|-----------|-------|------|--------|
| ADAM BIEGEL | 0.40 | 430.50 | 172.20 |
| ANNETTE TEICHERT | 0.90 | 387.46 | 348.71 |
| REBECCA CRAWFORD | 1.40 | 335.79 | 470.11 |
| KAREN OTTEN | 0.60 | 172.18 | 103.31 |
| | **3.30** | | **$1,094.33** |

# ALSTON&BIRD LLP

---

| | |
|---|---:|
| Subtotal for Services | $1,271.00 |
| Less Discount | (176.67) |
| Subtotal Fees | $1,094.33 |

OTHER CHARGES:

| | | |
|---|---:|---:|
| Document Production Charges | 6.90 | |
| Subtotal Other Charges | | 6.90 |
| **Total This Invoice** | | **$1,101.23** |

ATLANTA
CHARLOTTE
DALLAS
NEW YORK
RALEIGH
WASHINGTON

# ALSTON&BIRD LLP

ONE ATLANTIC CENTER
1201 WEST PEACHTREE STREET
ATLANTA, GA 30309-3424
(404) 881-7000
FAX: (404) 881-7777
www.alston.com

Tax ID # 58-0137615

PLEASE SEND PAYMENT WITH REMITTANCE COPY TO:

P. O. Box 933124
Atlanta, GA  31193-3124

UPS
Legal Dept. Bldg 3., 4th Floor
55 Glenlake Parkway, NE
Atlanta, GA  30328

February 26, 2008
Client: 018360
Matter: 326090
Invoice #:  10207193
STEVEN ENSOR

## STATEMENT OF ACCOUNT

Re:     Michael Williams and Marco Williams
        LCOM200790470
        d/b/a First Choice Video

| | |
|---|---|
| Services Rendered | $1,271.00 |
| Less Discount | (176.67) |
| Services Billed | $1,094.33 |
| Other Charges | 6.90 |
| **Invoice Total** | **$1,101.23** |

*TERMS:  DUE UPON RECEIPT*

WIRE TRANSFER INFORMATION
Wachovia Bank N.A., 171 17th Street, GA MC 4584, Atlanta, Georgia 30363
For the Account Of:  Alston & Bird LLP
Account #:  2000016952111     ABA#:  061000227     Swift Code:  PNBPUS33
PLEASE REFERENCE INVOICE NUMBER(S) ON WIRE

Services or other charges, which either have not been received or processed, will appear on a later statement