IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLAMS AND<br>MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>      Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES, LLC,<br>MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:07-CV-228-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF FILING DECLARATION OF FEES AND COSTS OF**
**LEE & MCINISH ATTORNEYS, P.C.**

Pursuant to the Court's request in its Memorandum Opinion and Order dated February 27, 2008, counsel for Defendant United Parcel Service, Inc. ("UPS") hereby submits the attached Declaration of Alan C. Livingston of Lee & McInish Attorneys, P.C. regarding fees and costs related to this matter billed by Lee & McInish.

Respectfully submitted, this 10th day of March, 2008.

/s/ *Alan C. Livingston*
Alan C. Livingston (LIV007)
LEE and McINISH, P.C.
283 West Main Street
Dothan, Alabama 36301
Phone:     (334) 792-4156
Facsimile: (334) 794-8342

Betsy P. Collins (COL055)
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Phone:     (404) 881-7000
Facsimile: (404) 881-7777

Attorneys for Defendant
United Parcel Service, Inc.

LEGAL02/30730164v2

## CERTIFICATE OF SERVICE

I hereby certify that on March 10, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Malcolm R. Newman
    Malcolm R. Newman, P.C.
    P. O. Box 6137
    Dothan, AL  36302

    Jeffrey M. Grantham
    Jeffrey Allen Lee
    John T. A. Malatesta, III
    Maynard, Cooper & Gale, P.C.
    1901 Sixth Avenue North
    Birmingham, AL  35203

    Robert K. Spotswood
    Michael T. Sansbury
    Spotswood Sansom & Sansbury LLC
    2100 Third Avenue, North
    Concord Center, Suite 940
    Birmingham, AL  35203

    /s/ *Alan C. Livingston*
    Alan C. Livingston (LIV007)
    LEE and McINISH, P.C.
    283 West Main Street
    Dothan, Alabama  36301
    Phone:     (334) 792-4156
    Facsimile:  (334) 794-8342

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS<br>AND MARCO WILLIAMS<br>d/b/a FIRST CHOICE VIDEO,<br><br>      Plaintiffs,<br><br>v.<br><br>MGA, INC. and all Holding Companies<br>and affiliated Entities, d/b/a MOVIE<br>GALLERY, UNITED PARCEL SERVICE,<br>INC. (UPS), SELECT MEDIA SERVICES,<br>LLC, MILE HIGH MEDIA, INC., LFP, INC.,<br>DIGITAL SIN, INC., and FRASERSIDE<br>HOLDING, LTD,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  CASE NO. 1:07-CV-228-MEF<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **DECLARATION OF ALAN C. LIVINGSTON**

1. My name is Alan C. Livingston. I am over twenty-one years of age, and I am competent to give this testimony. I have personal knowledge of the facts set forth in this declaration, and the following statements are true and correct.

2. I am a partner at Lee & McInish Attorneys, P.C. and local counsel for the defendant, United Parcel Service, Inc. ("UPS"). I am providing this declaration in response to the Court's request that UPS provide evidence of its expenses in this action.

3. In connection with the defense of this matter between its inception and March 1, 2008, and as documents in Exhibit 1, UPS has incurred legal fees in the amount of $4,144.00 and litigation costs in the amount of $10.39 from Lee & McInish. These amounts were billed to Alston & Bird LLP for disbursement and billing to

UPS, as separately described in the Declaration of Betsy P. Collins also submitted today to the Court.

4. My firm's fees listed above are based on Lee & McInish's hourly rates and costs. I hereby certify that Exhibit 1 to this declaration contains the actual monthly bills with time entries, altered as described below, reflecting the fee and cost amounts that Lee & McInish has charged UPS in this matter through March 1, 2008. Lee & McInish's hourly rates and costs are reasonable and customary, and the fees and costs detailed in Exhibit 1 were actually and necessarily incurred in defending this action. Lee & McInish has received payment from Alston & Bird, as described in the Declaration of Betsy P. Collins, for all of these invoices, with the exception of the statement dated March 4, 2008, which has been submitted to Alston & Bird and will be billed to UPS on a forthcoming invoice from Alston & Bird to UPS.

5. Exhibit 1 has been redacted to remove descriptions within billable time entries that are protected by the attorney-client privilege and/or attorney work product doctrine. Additionally, Exhibit 1 has been redacted and changed by hand to reflect only time that Lee & McInish billed related to this matter, and Exhibit 1 has been marked accordingly. If requested by the Court, we can provide unredacted copies for *in camera* inspection.

6. In connection with UPS's defense of this matter since its inception, and as documented in Exhibit 1, UPS has also incurred litigation costs and expenses in the amount of $10.39 from Lee & McInish.

7. I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 10, 2008.

_____
Alan C. Livingston

# Lee & McInish Attorneys, P.C.

238 West Main Street (36301)
Post Office Box 1665
Dothan, AL 36302
I.D. No.: 63-1263691
(334) 792-4156

Alston & Byrd, LLP
1201 West Peachtree Street
Atlanta GA 30309-3424
Rebecca Crawford

May 23, 2007

*In Reference To:*  UPS v. Williams
                    Our file # 2378

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/27/2007 ACL | Telephone Conference with R. Crawford re new Williams case; Conflict check; Receipt and Review of Complaint; Correspondence with R. Crawford re filing of Answer | | 1.20<br>160.00/hr | 192.00 |
| 4/30/2007 ACL | Receipt and review of Motion to Dismiss and Brief in Support; Correspondence via e-mail with R. Crawford re same; Filing of Motion and Brief via Pacer System | | 1.80<br>160.00/hr | 288.00 |
| 5/1/2007 ACL | Receipt and Review of Reply Brief of MGA | | 0.50<br>160.00/hr | 80.00 |
| ACL | Downloaded and reviewed all pleadings from Pacer System | | 1.50<br>160.00/hr | 240.00 |
| ACL | Receipt and review of Motion for Sanctions filed by MGA | | 0.60<br>160.00/hr | 96.00 |
| 5/4/2007 ACL | Receipt and Review of Motion for Sanctions | | 0.30<br>160.00/hr | 48.00 |
| 5/8/2007 ACL | ████████████████████████████████ | | ~~1.00~~<br>160.00/hr | ~~160.00~~ |

*Alston & Byrd, LLP*

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 5/18/2007 ACL | Telephone Conference with R. Crawford re motion for sanctions; Receipt and Review of motion, letter to M. Newman and brief; Correspondence with R. Crawford re same | 0.60 160.00/hr | 96.00 |
|  | For professional services rendered | 7.50 | $1,200.00 |
|  | Additional Charges : |  |  |
|  |  | Qty/Price |  |
| 5/23/2007 ACL | Copying Fee | 7 0.25 | 1.75 |
| ACL | Postage Expense | 2 0.39 | 0.78 |
| ACL | Long distance expense | 1 1.25 | 1.25 |
|  | Total costs |  | $3.78 |
|  | Total amount of this bill |  | $1,203.78 |
|  | Balance due |  | $1,203.78 |
|  |  |  | −160.00 |
|  |  |  | $1043.78 |

# Lee & McInish Attorneys, P.C.

238 West Main Street (36301)
Post Office Box 1665
Dothan, AL 36302
I.D. No.: 63-1263691

(334) 792-4156

Alston & Byrd, LLP

1201 West Peachtree Street
Atlanta GA 30309-3424
Rebecca Crawford

August 30, 2007

*In Reference To:* UPS v. Williams
Our file # 2378

Professional Services

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 5/23/2007 | ACL | Receipt and review of plaintiff's response to motion to tax fees and costs | 0.30 160.00/hr | 48.00 |
| 6/4/2007 | ACL | Correspondence with R. Crawford via e-mail re ▬▬▬▬ ▬▬▬▬ | 0.20 160.00/hr | 32.00 |
| 6/6/2007 | ACL | Receipt and Review of court order on sanctions | 0.30 160.00/hr | 48.00 |
| 6/14/2007 | ACL | Receipt and Review of Motion for Sanctions, Memorandum in Support of Motion and Attached Exhibits; Correspondence with R. Crawford re same | 1.80 160.00/hr | 288.00 |
| 6/28/2007 | ACL | Receipt and Review of Newman's response to Motion for Sanctions; Review ▬▬▬▬▬▬▬; Correspondence via e-mail with R. Crawford re same | 1.00 160.00/hr | 160.00 |
| | | **For professional services rendered** | **3.60** | **$576.00** |

*Alston & Byrd, LLP*

    Additional Charges :

|  |  | Qty/Price | Amount |
|---|---|---:|---:|
| 8/27/2007 ACL | Copying Fee | 4<br>0.25 | 1.00 |
|  | ACL Postage Expense | 2<br>0.41 | 0.82 |
|  | **Total costs** |  | $1.82 |
|  | **Total amount of this bill** |  | $577.82 |
|  | **Previous balance** |  | $1,203.78 |
| 6/18/2007 | Payment - Thank You!. Check No. 00109337 |  | ($1,203.78) |
|  | **Total payments and adjustments** |  | ($1,203.78) |
|  | **Balance due** |  | $577.82 |

# Lee & McInish Attorneys, P.C.

238 West Main Street (36301)
Post Office Box 1665
Dothan, AL 36302
I.D. No.: 63-1263691
(334) 792-4156

Alston & Byrd, LLP

1201 West Peachtree Street
Atlanta GA 30309-3424
Rebecca Crawford

November 29, 2007

*In Reference To:*   UPS v. Williams
                     Our file # 2378

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 9/10/2007 ACL | Telephone Conference with R. Crawford re court hearing | 0.20<br>160.00/hr | 32.00 |
| 9/18/2007 ACL | Receipt and Review of File and Memorandum from R. Crawford re ▬▬▬ | 1.80<br>160.00/hr | 288.00 |
| 9/25/2007 ACL | Preparation for hearing on Motion to Dismiss, Review ▬▬▬ | 2.50<br>160.00/hr | 400.00 |
| ACL | Began preparing for hearing. (WWN) | 2.50<br>160.00/hr | 400.00 |
| 9/26/2007 ACL | Attended hearing on Motion to Dismiss and Motion for Sanctions. (WWN) | 1.00<br>160.00/hr | 160.00 |
| ACL | Meeting with J. Grantham re hearing on Motions; Attended Motion hearing and Status Conference before Judge M. Fuller | 1.70<br>160.00/hr | 272.00 |
| ACL | Correspondence with R. Crawford re hearing on Motion to Dismiss | 0.30<br>160.00/hr | 48.00 |
| 9/27/2007 ACL | Telephone Conferences (2) with Judge Fuller's law clerk re prior sanctions | 0.30<br>160.00/hr | 48.00 |

*Alston & Byrd, LLP*

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 9/27/2007 | ACL | Telephone Conference with J. Grantham re sanction orders in prior litigation | 0.30 160.00/hr | 48.00 |
|  | ACL | Correspondence via e-mail with Adam Biegel re conversation with J. Fuller's law clerk | 0.20 160.00/hr | 32.00 |
| 9/28/2007 | ACL | Telephone Conference with Judge Fuller's office re sanctions issue | 0.20 160.00/hr | 32.00 |
| 10/1/2007 | ACL | Correspondence via e-mail with R. Crawford re Judge Fuller | 0.20 160.00/hr | 32.00 |
| 10/9/2007 | ACL | Checked Pacer for Court Order | 0.20 160.00/hr | 32.00 |
| 10/18/2007 | ACL | Receipt and Review of Suggestion of Bankruptcy and supporting documents | 0.50 160.00/hr | 80.00 |
|  | ACL | Correspondence via e-mail with R. Crawford re bankruptcy proceedings of Movie Gallery | 0.20 160.00/hr | 32.00 |
| 10/25/2007 | ACL | Telephone Conference with P. Todd re ▮▮▮▮▮▮▮▮▮ | 0.30 160.00/hr | 48.00 |
|  | ACL | Correspondence via e-mail with R. Crawford re summary of conversation with P. Todd | 0.30 160.00/hr | 48.00 |
| 11/14/2007 | ACL | Correspondence via e-mail with R. Crawford re court order entered 11/14/07 | 0.30 160.00/hr | 48.00 |
| 11/20/2007 | ACL | Telephone Conference with J. Grantham re strategy ▮▮▮▮▮▮▮▮ | 0.30 160.00/hr | 48.00 |
|  |  | **For professional services rendered** | 13.30 | $2,128.00 |

Additional Charges :

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 11/29/2007 | ACL | Copying Fee | 9 0.10 | 0.90 |
|  | ACL | Postage Expense | 2 0.41 | 0.82 |

Page 2

*Alston & Byrd, LLP*

|  |  | Qty/Price | Amount |
|---|---|---|---|
| 11/29/2007 ACL | Long distance expense | 1<br>1.25 | 1.25 |
|  | Total costs |  | $2.97 |
|  | Total amount of this bill |  | $2,130.97 |
|  | Previous balance |  | $577.82 |
| 9/27/2007 | Payment - Thank You!. Check No. 00115503 |  | ($577.82) |
|  | Total payments and adjustments |  | ($577.82) |
|  | Balance due |  | $2,130.97 |

Page 3

# Lee & McInish Attorneys, P.C.

238 West Main Street (36301)
Post Office Box 1665
Dothan, AL 36302
I.D. No.: 63-1263691
(334) 792-4156

Alston & Byrd, LLP
1201 West Peachtree Street
Atlanta GA 30309-3424
Rebecca Crawford

March 04, 2008

*In Reference To:* UPS v. Williams
Our file # 2378

Professional Services

|  |  | Hrs/Rate | Amount |
|---|---|---|---|
| 11/29/2007 ACL | Receipt and Review of MGA's Response to Show Cause Order | 1.00 160.00/hr | 160.00 |
| 1/16/2008 ACL | Receipt and Review of notice from clerk's office re compliance | 0.20 160.00/hr | 32.00 |
| 2/27/2008 ACL | Receipt and review of Court Orders on Motion to Dismiss and Motion for Sanctions; Correspondence via e-mail with R. Crawford re same | 0.80 160.00/hr | 128.00 |
| 2/28/2008 ACL | Correspondence with R. Crawford re Court Orders of 2/27/08 | 0.50 160.00/hr | 80.00 |
| | **For professional services rendered** | **2.50** | **$400.00** |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 3/4/2008 ACL | Copying Fee | 4 0.25 | 1.00 |
| ACL | Postage Expense | 2 0.41 | 0.82 |

*Alston & Byrd, LLP*

|  | Amount |
|---|---:|
| Total costs | $1.82 |
| Total amount of this bill | $401.82 |
| Previous balance | $2,130.97 |
| Balance due | $2,532.79 |