IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Michael Williams and Marco Williams )
)
Plaintiff, )
)
v. ) CASE NO. 1:07-CV-228-MEF
)
MGA, et. al. )
)
Defendants, )

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Michael and Marco Williams, a Plaintiffs in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity | Relationship to Party
--- | ---
 | 
 | 
 | 

3/11/2008
Date

/s/ Malcolm R. Newman
(Signature)

Malcolm R. Newman
(Counsel's Name)

Michael and Marco Williams
Counsel for (print names of all parties)
219 West Crawford Street
Dothan, Alabama 36301
Address, City, State Zip Code
(334) 792-2132
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
_____Northern_____ DIVISION

## CERTIFICATE OF SERVICE

I, __Malcolm R. Newman_____, do hereby Certify that a true and correct copy of the foregoing has been furnished by __Electronic Mail_____ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __11_____ day of __March_____ 20_08_ to:

Jeffrey M. Grantham, Esq.
Jeffrey A. Lee, Esq.
John Thomas A. Malatesta, III, Esq.
Maynard, Cooper, & Gale, P.C.
1901 Sixth Avenue, North
2400 AmSouth/Harbert Plaza
Birmingham, Alabama 35203

Michael T. Sansbury, Esq.
SPOTSWOOD SANSOM & SANSBURY LLC
940 Concord Center
2100 Third Avenue North
Birmingham, Alabama 35213

Alan C. Livingston
983 West Main Street
Dothan, Alabama 36301

Betsy P. Collins
1201 West Peachtree Street
Atlanta, Georgia 30309-3424

__03-11-2008_____                    __/s/ Malcolm R. Newman____
                                           Malcolm R. Newman