IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL WILLIAMS *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 1:07-cv-228-MEF |
| ) | |
| MGA, INC. *et al.*, ) | |
| ) | |
| Defendants. ) | |

**FINAL JUDGMENT**

(1) With respect to all claims in this action, judgment is ENTERED in favor of Defendants Select Media Services, LLC; United Parcel Service, Inc.; Mile High Media, Inc.; LFP, Inc.; Digital Sin, Inc.; and Fraserside Holding, Ltd., and against Plaintiffs Michael Williams and Marco Williams, with Plaintiffs taking nothing by their claims.

(2) Costs are TAXED against Plaintiffs Michael Williams and Marco Williams, for which execution may issue.

(3) The Clerk of the Court is DIRECTED to enter this document on the civil docket sheet as a Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure and to close this file.

Done this the 30th day of April, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE